UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>                               *Plaintiff,*<br><br>                    -*against*-<br><br>VERIZON WIRELESS,<br><br>                              *Defendant.* | CV -<br><br><br>**NOTICE OF REMOVAL** |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:**

Defendant CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, incorrectly sued as "Verizon Wireless," by its attorneys, Segal McCambridge Singer & Mahoney, Ltd., files this Notice of Removal, to remove the above-entitled case from the New York State Supreme Court, Kings County ("State Court") to this Court, pursuant to 28 U.S.C. §1331, §1441(c), and §1446.

Dated: New York, New York
         June 6, 2019

                                                    Respectfully submitted,

                                                    Andrew P. Kates, Esq. (AK4164)
                                                    Segal, McCambridge, Singer & Mahoney, Ltd.
                                                    *Attorneys for Defendant*
                                                    **Cellco Partnership d/b/a Verizon Wireless,**
                                                    *incorrectly sued as* "**Verizon Wireless**"
                                                    850 Third Avenue, Suite 1100
                                                    New York, New York 10022
                                                    (212) 651-7500

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
303 Marcy Ave.
Brooklyn, NY 11211