SUPREME COURT OF THE STATE OF NEW YORK,

County of ~~New York~~ KINGS

| | |
|---|---|
| YEHUDA HERSKOVIC<br><br>Plaintiffs,<br><br>—against—<br><br>VERIZON WIRELESS<br><br>Defendants. | Summons<br><br>Index No. 1251-19<br><br>The summons was filed on [*month, date, year*]<br>_____ |

TO THE ABOVE NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED and required to appear in this action by serving a copy of your notice of appearance upon the undersigned within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after service is complete, if this summons is not personally delivered to you within the state of New York. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the complaint.

Take notice that the object of this action and the relief sought is as follows:

[*With respect to each cause of action to be asserted (a) separately state and describe it in summary fashion, and (b) state the amount of monetary damages sought (unless this is an action for medical malpractice or against a municipality), or other relief to be sought*]. In case of your failure to appear, judgment will be taken against you by default for [state the monetary damages and/or other relief sought under all causes of action], together with costs and disbursements of this action.

The basis of the venue designated is [(plaintiff's residence or address) *or* (specify 2 other basis of venue under N.Y. C.P.L.R. Article 5, e.g., residence of the defendant, plaintiffs designation persuant to N.Y. C.P.L.R. 503(a), etc.)].

Dated, 03/26/2019 _____, New York

_____

[1] Summons and notice.—*See* CPLR 305(b).

Notice in matrimonial actions.—*See* DRL § 232(a).

2019 MAR 28 PM 2:35 KINGS COUNTY CLERK RECEIVED

[*month, date, year*]

(Print name) YEHUDA HERSKOVIC

Attorney for Plaintiffs

Address: 225 ROSS STR BROOKLYN N.Y. 11211

Telephone Number: 347 731 8818

TO THE ABOVE NAMED DEFENDANTS:

TAKE NOTICE that this is an action for (*set forth nature of action*) personal injuries sustained by the plaintiff [*name of plaintiff*], caused by defendants' negligence; (*set forth relief sought*) the relief sought is recovery of money damages for plaintiff's injuries, pain and suffering, medical expenses, loss of present and future earnings, and for plaintiff's loss of services, companionship, support and consortium;[2] (*unless the action is for medical malpractice, set forth the sum of money for which judgment may be taken in case of default*) in case of your failure to appear, judgment may be taken against you for $[*amount*], with interest, from [*month, date, year*], together with the costs and disbursements of this action.[3]

Dated, 03/26/2019 _____, New York

[*month, date, year*]

_____,

(Print name)

Attorney for Plaintiffs

Address:

Telephone Number:

Bender's Forms for the Civil Practice
Copyright 2018, Matthew Bender & Company, Inc., a member of the LexisNexis Group.

---

**End of Document**

---

[2] **Required specificity.**—*See* Weinstein, Korn, & Miller, New York Civil Practice—CPLR ¶ 305.12a.

[3] **Notice of amount.**—The figure appearing in the notice limits the amount the court may enter as judgement upon default. It does not, however, limit the amount that may be demanded in a complaint subsequently served. *See* Weinstein, Korn, & Miller, New York Civil Practice—CPLR ¶ 305.13.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ~~QUEENS~~ KINGS



------------------------------------------------x

YEHUDA HERSKOVIC  Plaintiff,

- against -

VERIZO WIRELESS

                      Defendant.
------------------------------------------------x

Index No. 1251 /20 19

VERIFIED
**COMPLAINT**

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, YEHUDA HERSKOVIC, respectfully shows and alleges as follows:

ON THE DATE OF 12/27/2017 I WENT IN TO THE VERIZON WIRELESS STORE ON 100 WALL STR NEW YORK NY. 10005, AND MADE A CONTRACT FOR A HOME DEVICE TO HAVE PHONE SERVICE WITH THE NUMBER 718-387-4565 AND THE CONTRACT WAS FOR TWO YEARS, AFFTER ABOUT A MONTH I STARTED TO HAVE DIFICULTIES WITH THE SERVICE, PEAPLE ON THE OTHER END COLD NOT HEAR ME AND CALLS WERE DROPT IN MIDEL OF A CONVORSATION THEN I CALLD THE COMPANEY VERIZON WIRELESS AND THEY TRIED TO FIX IT BUT IT WAS NOT HELPING TO MUCH IT KEPT ON AN ON AND I KEAP CALLING AN COMPLANING THEY STATED THAT NOTHING IS WRONG AND THE SAME PROBLEM WAS GOING ON AND ON I REALY GOT TIRED OF THE SITUATION, AND ON THE DATE OF DEC/10/2018 I SPOKE TO A COSTOMER SERVICE AND SHE TRANSFERD ME TO A SUPER VISOR AND TOLD THEM THAT I CANOT GO ON WITH THIS NO SERVICE AN DIFICULTIES I NEED PROPER SERVICE AND I ASKED

PERMISON TO CANCEL THE CONTRACT AND GO TO A OTHER PROVIDER AND COMPANEY WHO CAN GIVE ME PROPER SERVICE THE SUPERVISER AGREED WITH ME AND SAID SHE WILL WAVE THE DISSCONECTION FEE SO I WENT TO ANOTHER COMPANY ATST WITH THE SAME SERVICE AND SAME WIRELESS DEVICE FOR HOME SERVICE AND SWITCH THE SERVICE TO ATST WIRELESS ATT THE END OF THE MONTH VERIZON WIRELESS SEND ME A FINAL BILL WITH A 176.00$ DISCONETION CHARGE FOR GOING TO A OTHER COMPANE WHO CAN GIVE ME SERVICE, I RIGHT AWAY CALLD VERIZON WIRELLES AND ASK WHAT IS THE 176$ DISCONECTION CHARGE I GOT PERMIGION AN THE SUPERVISER PROMISD ME TO WAVE THE DISCONECTION CHARGE AND I WAS ON THE PHONE FOR A LONG TIME ARGUING WITH THE CUSTOMER SERVICE REPRESENTIVE THEN WITH THE SUPEVISER BUT BOTH REFUSD TO WAVE THE FEE THEY DNIED ME MY RIGHT TO HAVE PROPER SERVICE AND I VERIFIED ALL THE COMPLAIN'S I WAS MAKING AN THEY STILL DNIED ME AN KEPT SENDING BILL'S FOR ONLY THIS CHARGE ALL OTHER I WAS UP TO DATE PAID EVERITHING I OWED EXEPT THE DISCONCT CHARGE, THAN THE REAL NIGHTMARE STARTED, THEY SEND ME COLECTION LETTERS ONE AFTER THE OTHER AN CALLS OF COLECTION DIFERENT COMPANOY'S AN THEY PUT IT ON MY CREDIT REPORT AS A NEGATIVE RUNING MY CREDIT ONE LETTER FROM DIVERSIFIED CONSULTANTS, INC, PO BOX 551268 THEY CALLD ME HOME AN CELL DAY AFFTER DAY

2

AND I KEAP EXPLANING THAT I DO NOT OWE THIS MONEY AND THEY INSIST THAT I DO OWE THEM AND I ALSO CALLD VERIZON WIRELESS BUT THEY ALSO WERE NOT TO HELP OUT THE SITUATION THEN I APPLIED FOR CREDIT CARD FROM BARCLYS WICH I HAVE A CREDIT CARD AND OTHER THEY DENIED ME BECAUSE OF NEGATIVE INFORMATION ON MY CREDIT REPORT FROM EXPERIAN AN TRANSUNION THEY HARASD ME WITH THIS FRAUDELENT CHARGE SO LATE AS DEC/07/2018 THEY SEND ME A NEW COLECTION LETTER AN ALSO THEY PUT IT ON MY CREDIT REPORT. EVAN THEY ADMIT IN SMALL CLAIM COURT THEY REFUDED ME 698$ FOR BAD SERVICE, BUT THE 1764 THEY STILL HAVE IT ON MY CREDIT REPORT AN NOW ON 3/1/2019 I RECEIVE A NEW LETTER WITH A MORE GRETER CHARGE OF 341.83$ AS YOU CAN SEE ATACH COPY FROM DYNAMIC RECOVERY SOLUTIONS WITH ADRESS 135 INTERSTATE BLVD. GREENVILLE, SC 29615 THE HARASMENT DONT STOP I CANT GET NEW CREDIT CARD I LOST ABOUT 3000$ ON INSANTIVES THE HARASMENT IS GOING ON STILL TODAY THEIR IS NO END TO MY AGRAVASION FROM THIS FALSE AND FRAUDELENT CHARGE IS MY VORST NIGHTMARE CANT SLEEP AT NIGHT THIS IS CAUSING ME HEADACKES AN IN MIDEL OF THE NIGHT I WAKE UP THINKING OF THIS COLECTION LETERS I AM NERVES AND HAVE BAD DAYDREAMS FRIDAY DEC 7 2018 I SPOKE TO THE SUPERVISER OF COLLECTION DEP OF DIVERSIFIED

3

CONSALTANTS, INC WITH THE NAME PERALTA ANGELYN AN THEY STILL REFUSE TO REMOVE THE DAMAGING INFORMATION WICH IS FRAVDELENT AN FALSE EVEN AFTER REFUNDING THE WHOLE AMOUNT OF CHARGES FORMONTLY SERVICE SO ON DEC 13 2018 I CALD VERIZON WIRELES THEY GAVE ME CONFLICKTING DATE WHEN MY SERVICE STATED AN WHEN IT ENDED ON CREDIT REPORT IT IS WRITEN DEC 1 2016 ANT THEY CLAIM VERIZON WIRELES SHE SAID JAN 07 2018 THEN THEY GAVE ME THE DATE DEC 21 2016 AND DEC 27 2017 ALSO REPREZENTITIVE COMFIRD THAT I CALD IN ON ALL THIS DATES JUNE 28 2017, SEP 10 2017, DEC 10 2017, OCT 30 2017, DEC 9 2017, DEC 10 2017, AND ON THIS DATE OF DEC 10 2017 I HAD A CONVERSATION WITH A SUPERVISER THAT I CANOT GO ON LIKE THIS ANY LONGER WITH THIS BAD SERVICE AN I AM SWITCHING CARIER BECAUSE OF PHONE DROPS CALLS AND PEAPLE ON OTHER END CANT HEAR ME AN SHE AGREED THAT I CAN GO TO A DIFRENT CARER SO ON DEC 27 2017 I WENT TO AT&T. SO NOW THE RELIEF I AM SEEKING FROM COURT IS AS FOLOWS

1) THAT VERIZON WIRELESS AND ALL THEIR COLECTION AGENCIES STOP THE HARASMENT AND AGRAVATING ME WITH THEIR COLECTION AND EARASE THIS CHARGES FROM COLECTION ON MY CREDIT REPORT OF ALL CREDIT REPORTING

4

AGENCIES LIKE EQUIFAX TRANSUNION EXPERIAN TO REMOVE THE NEGATIVE REPORTING

2. 30,000$ FOR THE DAMAGES THAT DAY CAUSED TO ME WITH THEIR ACTION OF THIS FALSE AND FRAUDULENT CHARGES AN COLECTION ALL THIS TIME FROM DEC 27 2017 UNTIL TODAY THE COUR SHOOL ORDER TO REMOVE THE NEGATIVE COLECTION AND RPORTING AND A JUGMENT IN THE AMOUNT OF 30,000$ TO ~~YEHUDA HERS~~ BE GIVEN TO YEHUDA HERSKOVIC

Dated: 3/26/2019

_YEHUDA HERSKOVIC_
Plaintiff

### VERIFICATION

_YEHUDA HERSKOVIC_, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

Signature
_YEHUDA HERSKOVIC_
Print Name

Sworn to before me this 26 day of MARCH 2019

Notary Public
CHAIM PERLSTEIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PE6075699
Qualified in Kings County
My Commission Expires 06-30-2019

5

Note: Strike *italicized* wording which does not apply.

# VERIFICATION

STATE OF NEW YORK)

COUNTY OF KINGS  )  ss.:

_YEHUDA HERSKOVIC_ (your name), being duly sworn, deposes and says:

That I am the ~~*plaintiff*~~ / *petitioner* / *defendant* / *respondent* in this *action* / *proceeding*. That I have read the foregoing _____ and know the contents thereof; that the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief; and as to those matters I believe them to be true.

_____
~~Plaintiff~~ / Petitioner / Defendant / Respondent
(Sign your name before a Notary Public)

_YEHUDA HERSKOVIC_
(Print Name)

Sworn before me this _26_
day of _MARCH_, 20_19_

_____
Notary Public

CHAIM PERLSTEIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PE5075699
Qualified in Kings County
My Commission Expires 05-30-2019

KOSR 02/17