YEHUDA HERSKOVIC
303 MARCY AVE 2A
Brooklyn

```
YEHUDA HERSKOVIC            1 LBS              1 OF 1
7185996245
320 ROEBLING ST
BROOKLYN  NY 11211                   DWT: 12,9,1

SHIP TO:
   VERIZON
   8004515242
   ATT; VSAT VERIZON SECURITY ASSISTAN
   180 WASHINGTON VALLEY RD
   BEDMINSTER    NJ 07921-2120
```




NJ 078 9-71

**UPS GROUND**
TRACKING #: 1Z AR6 071 03 2318 3314



BILLING: P/P

Trx Ref No.: PM PKG ID 11742
Trx Ref No.: FROM YEHUDA HERSKOVIC
XOL 19.04.02    NV45 12.0A 04/2019

VSAT NJ
MAY 16 2019
By: _____

ATT; VSAT VERIZON SECURITY ASSI
180 WASHINGTON VALLEY RD
BEDMINSTER NJ 07921
P:BLACK   S:RIGHT   I:671
671-6920   3314
1ZAR60710323318   C-BJM9   MAY 16 08:46:06 2019
HOJ1PZ9