UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>                            *Plaintiff,*<br><br>-*against*-<br><br>VERIZON WIRELESS,<br><br>                            *Defendant.* | Case No.: 1:2019-cv-03372<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Howard A. Fried, Esq., of the law firm SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD., located at 850 Third Avenue, Suite 1100, New York, New York 10022, hereby appears as counsel of record for Defendant, Cellco Partnership d/b/a Verizon Wireless incorrectly sued as "Verizon Wireless" in this matter.

Dated: New York, New York
        June 13, 2019

                                          **SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

                                          By:    /s/Howard A. Fried
                                                     Howard A. Fried, Esq. (HAF2114)
                                                     *Attorneys for Defendant*
                                                     **CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**
                                                     *incorrectly sued as* "Verizon Wireless"
                                                     850 Third Avenue, Suite 1100
                                                     New York, New York 10022
                                                     Tel: (212) 651-7500
                                                     *hfried@smsm.com*