UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>         *Plaintiff,*<br><br>  -*against*-<br><br>VERIZON WIRELESS,<br><br>         *Defendant.* | Case No.: 1:2019-cv-03372<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Andrew P. Kates, Esq., of the law firm SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD., located at 850 Third Avenue, Suite 1100, New York, New York 10022, hereby appears as counsel of record for Defendant, Cellco Partnership d/b/a Verizon Wireless incorrectly sued as "Verizon Wireless" in this matter.

Dated: New York, New York
   June 13, 2019

               **SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

               By: /s/Andrew P. Kates
                   Andrew P. Kates, Esq. (AK4164)
                   *Attorneys for Defendant*
                   **CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**
                   *incorrectly sued as* "Verizon Wireless"
                   850 Third Avenue, Suite 1100
                   New York, New York 10022
                   Tel: (212) 651-7500
                   *akates@smsm.com*