UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>                         *Plaintiff,*<br><br>   -against-<br><br>VERIZON WIRELESS,<br><br>                         *Defendant.* | Case No.: 1:2019-cv-03372<br><br>**RULE 7.1 STATEMENT OF DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INCORRECTLY SUED AS "VERIZON"** |

The undersigned, counsel of record for Defendant, **CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS** *incorrectly sued as* "Verizon Wireless" ("Defendant"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant states that it is indirectly, wholly-owned by Verizon Communications Inc.

Dated:  New York, New York
         June 13, 2019

                                          SEGAL MCCAMBRIDGE SINGER &
                                          MAHONEY, LTD.

                           By:  _____
                                 Andrew P. Kates, Esq. (AK4164)
                                 Howard A. Fried, Esq. (HAF2114)
                                 *Attorneys for Defendant*
                                 **CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**
                                 *incorrectly sued as* "Verizon Wireless"
                                 850 Third Avenue, Suite 1100
                                 New York, New York 10022
                                 Tel: (212) 651-7500
                                 *akates@smsm.com*
                                 *hfried@smsm.com*