ORIGINAL

07/02/2019

CASE #1:19-CV-03372-AMD-RML

DEAR HONEREBLÓ JUDGE

I CANOT ATENTD FROM JULY 19 – AUG 14 AN ALSO FROM AUGUST 27 – SEP 5 CAN YOU PLASÓ AJURNÉ IT OR BEFORE JULY 19 OR AFTER AUGUST 13 BEFORE 27 OR AFFTER SEP 5 ALSSO NOT THE JEWIS HOLIDAY'S

YEHUDA HERSKOVIC

BY MAIL
OR FAX

CC. ANDREW PHILIP KATES
850 THIRD AVENUE
NEW YORK NY 10022

RECEIVED
JUL 02 2019
PRO SE OFFICE