CASE # 1:19-CV-03372-AMD-RML 07/02/2019

DEAR HONEREBLE JUDGE

I OPPOSE TRANSFERING THIS CASE TO THIS COURT BECAUSE THIS CASE IS NOT A FAIR CREDIT REPORTING ACT THIS IS A ACT OF FALSE COLECTIONS LETTERS HARASMENT BY LETTER AND PHONE CALL'S AND IT ALSO INCLUDE THE HARASMENT AN DAMAGES TO MY HEALTH AND TIME CONSUMING AN A SMALL PART IS THE CREDIT REPORT THAT WHY I OPPOSE TO REMOVE IT TO THIS COURT I BLIVE THAT THIS IS PART OF THEM TO MAKE ME TIERD AN LET THIS GO AND BYE TIME AND PUSHING THIS OFF THIS CAUSES ME ALSO MORE HEAD ACKE AND PAIN

YEHUDA HERSKOVIC

BY MAIL    LL. ANDREW PHILIP KATES
OR FAX     850 3RD AVE STE 1100
           NEW YORK NY 10022

RECEIVED JUL 02 2019 PRO SE OFFICE