# VERIZON WIRELESS CUSTOMER AGREEMENT

Thanks for choosing Verizon Wireless. In this Customer Agreement, you'll find important information about your Service, including our ability to make changes to your Service or this agreement's terms, our liability if things don't work as planned and how any disputes between us must be resolved in arbitration or small claims court. If you're signing up for Service for a minimum contract term, you'll also find information about that contract term and what happens if you cancel a line of Service early or don't pay on time, including the possibility of an Early Termination Fee you may owe Verizon Wireless.

Application ID No.: 437487703
Order Date: 04/02/2014
Bill Acct. No.:
Agent Name: Target 1849: 139 Flatbush Ave, Brooklyn, NY 11217, U.S.A
Activation Type: New

Customer Information:
yehuda herskovic
581 FLUSHING AV #
BROOKLYN NY 11206
US
Home Phone: 3261

Line 1 Details
Mobile Number: 0559
Price Plan: Verizon More Everything Unlimited Minutes & Messaging – 250MB Data
Plan Access Fee: 15.00
Line Access Fee: 30
ETF:
Term: 24 months
Activation Date: 04/02/2014
Activation Fee: 35.00
Upgrade Fee:

Features:
68871 – 3–WAY CALLING
68870 – BUSY TRANSFER
68876 – CALL FORWARDING
68873 – CALL WAITING
68872 – CALL DELIVERY
68874 – NO ANSWER TRANSFER
68869 – CALLER ID
76152 – PICTURE MESSAGE PROVISIONING
73598 – MOBILE WEB FOR MB PLANS
77572 – BASIC PHONE LINE ACCESS $30
48526 – TXT MSG W PER MSG CHARGES
77249 – MOBILE HOT SPOT TRIGGER $0
79032 – SE FAMILYBASE/UC INCOMPATIBLE
80148 – INTL FROM US MESSAGING $0
73324 – OTA SOFTWAREUPDATE–$0.00
76413 – MOBILE EMAIL
76405 – 3G MOBILE HOTSPOT
77256 – RTR FOR ALP
77524 – RTR/UC TRIGGER ALP $0
77581 – EMAIL TRIGGER ALP $0

77583 – DATA PROVISION ALP
73597 – GENERAL IP ADDRESS – MB PLANS
78196 – DATA ROAM USA/CANADA
68877 – BASIC VOICE MAIL – $0
48553 – STREAMLINED BILLING – $0
77540 – 3G PROVISIONING $0

Security Deposit (per line): USD 0
Customer Accepted: 04/02/2014 07:00:23 PST
Customer Agreement version: 06.10.2013

Taxes & surcharges apply may vary. Federal Universal Service Charge of 16.10% of interstate & int'l telecom charges (varies quarterly based on FCC rate), a $.16 Regulatory & a $.90 Administrative Charge per line/month are our charges, not taxes. The iPhone 4 is configured to work only with the wireless services of Verizon Wireless, and may not work on another carrier's network, even after completion of your contract term.

I understand that if I am porting in my phone number from another service provider, I may owe that provider an early termination fee and other charges, and I understand that, during the porting process, the ability for me to receive calls, including return calls from 911 personnel, will not be available.

I AGREE TO THE CURRENT VERIZON WIRELESS CUSTOMER AGREEMENT (CA),INCLUDING THE CALLING PLAN, (WITH EXTENDED LIMITED WARRANTY/SERVICE CONRACT, IF APPLICABLE), AND OTHER TERMS AND CONDITIONS FOR SERVICES AND SELECTED FEATURES I HAVE AGREED TO PURCHASE AS REFLECTED ON THE RECEIPT, AND WHICH HAVE BEEN PRESENTED TO ME BY THE SALES REP AND WHICH I HAD THE OPPORTUNITY TO REVIEW. I UNDERSTAND THAT I AM AGREEING TO AN EARLY TERMINATION FEE PER LINE AS REFLECTED ON THIS RECEIPT, LIMITATIONS.

**Customer Signature:**

**Customer Signature Accepted:** 04/02/2014 7:08:38 AM