PO Box 4003
Acworth, GA 30101


YEHUDA HERSKOVIC
581 FLUSHING AV
APT 2
BROOKLYN, NY 11206-5100

You have successfully activated service on line
▅▅▅▅-0559!
For a summary of your service, read on.

April 5, 2014

Dear Yehuda Herskovic,

Thank you for choosing Verizon Wireless. This letter confirms that you activated service for line ▅▅▅▅0559 on April 2, 2014. See a snapshot of your service below. A copy of your Customer Agreement is enclosed.

Sincerely,
Verizon Wireless

### SERVICE SUMMARY FOR LINE 347-263-0559 AS OF 04/02/14

Contract End Date: 04/02/16
Early Termination Fee: Up To $175

|  |  |  TALK SHARED |  TEXT SHARED |  DATA SHARED |
|---|---|---|---|---|
| Allowance |  | Unlimited | Unlimited | 250 MB |
| Monthly Access - This Device | $30.00 | Included | Included | Included |
| Overage Rate |  | N/A | N/A | $15.00/200MB |

**Included Feature(s) for this line:** •Unlimited Nights And Weekend Share  •Unlimited National M2m

### YOUR ACCOUNT SHARED SERVICE(S) AS OF 04/02/14

Account # : 0588290985-00001        Account Plan Description : More Everything - Talk, Text & Data Plan

|  |  | SHARED SERVICES | | |
|---|---|---|---|---|
|  |  | TALK Unlimited | TEXT Unlimited | DATA 250 MB |
| Allowance |  |  |  |  |
| Monthly Access - Account | $15.00 | Included | Included | Included |
| Overage Rate |  | N/A | N/A | $15/200MB |
| Total Monthly Line Access Charge | $30.00 | Included | Included | Included |
| Total Lines Enrolled |  | 1 | 1 | 1 |

Nights: 9:01pm - 5:59am, Monday - Friday   Weekends: 12:00am Saturday - 11:59pm Sunday

**Additional billing information:** The monthly charges and allowance minutes above do not reflect prorated fees/allowances for a partial month's service. These partial month charges will be added to your first full month's charges on your first bill. Individual devices may have additional, recurring monthly fees for non-shared services.  Taxes & surcharges apply; see details following this service summary. View individual device details at myverizon.com

**Estimated taxes & surcharges on your first bill:**
    Estimated taxes, governmental surcharges and fees ................ $6.42
    Estimated Verizon Wireless surcharges .................................... $6.65

**These estimated amounts are based on:**
    Monthly Regulatory Charge (subject to change from time to time) .......... 21¢ per device
    Monthly Administrative Charge (subject to change from time to time) ....... 88¢ per device
    Monthly Federal Universal Service Charge on interstate & international
    telecom charges ............................................................................. 16.6% per device
    *(This percentage varies quarterly based on FCC rate)*

**Note:**
Estimated taxes and surcharges may be for both the partial and full month period.  Federal Universal Service, Regulatory and Administrative Charges are Verizon Wireless charges, not taxes.  Taxes and Verizon Wireless surcharges may be between 13% to 42% of your monthly bill.

**In addition:**
Our records indicate you were billed a $35.00 activation fee for your service.

*continued...*

**QUESTIONS?** We're here to help.
**CLICK** verizonwireless.com/support     !     **CALL** 1.800.922.0204
or dial *611 from your wireless device

**Note:** Please retain this letter, which is for information purposes only, for your records. Discounts apply only if you are on a qualifying plan. In the case of error, your Calling Plan and Customer Agreement will govern.

## INCLUDED FEATURES

| | |
|---|---|
| 411 Search[1] | $1.99 per call. Up to 3 numbers can be provided per call. |
| Calling Features[2] | Enjoy Basic Voice Mail with Message Waiting Indicator, Caller ID, Call Waiting, 3-Way Calling, Call Forwarding and No Answer/Busy Transfer. |
| Global Voice & Messaging (outside the U.S.) | For a complete list of destinations, rates and coverage, visit verizonwireless.com/global before traveling. |
| International Calling (from the U.S.) | Visit verizonwireless.com/international for applicable long distance rates to the places you can call direct. |
| Unlimited Messaging[3] | Send as many text, picture and video messages as you want from the US to any capable number in the world. |

1. Rates and features vary when in Extended Network or Roaming.
2. Not available in some areas
3. For sending and receiving text and multimedia messages (i) in the U.S.; (ii) sent via email; (iii) with customers of wireless carriers on participating networks throughout the world. Premium Messaging programs not included. Visit www.vzw.com/global for details on participating carriers by country.

**For a map of your wireless coverage, visit verizonwireless.com/coveragelocator and enter a street address.**

13700

Verizon Wireless calling plans, rate and coverage areas, rates, agreement provisions, business practices, procedures and policies are subject to change as specified in the Customer Agreement.

Data Services
Verizon Wireless charges you for all data and content sent or received using our network (including any network overhead and/or Internet Protocol overhead associated with content sent or received), as well as resolution of Internet Protocol addresses from domain names. Sending or receiving data using a virtual private network (VPN) involves additional VPN overhead for which you will be charged. Please note that certain applications or widgets periodically send and receive data in the background, without any action by the user, and you will be billed for such data use. Applications may automatically re-initiate data sessions without your pressing or clicking the SEND or connect button. Data sessions automatically terminate after 24 hours. A data session is inactive when no data is being transferred. Data sessions may seem inactive while data is actively being transferred, or may seem active when the data is actually cached and data is not being transferred.

We are implementing optimization and transcoding technologies in our network to transmit data files in a more efficient manner to allow available network capacity to benefit the greatest number of users. These techniques include caching less data, using less capacity, and sizing the video more appropriately for the device. The optimization process is agnostic to the content itself and to the website that provides it. While we invest much effort to avoid changing text, image and video files in the compression process, and while any change to the file is likely to be indiscernible, the optimization process may minimally impact the appearance of the file as displayed on your device. For a further, more detailed explanation of these techniques, please visit verizonwireless.com/vzwoptimization

You may use Mobile Hotspot or any other Wi-Fi hotspot or tethering service to use your smartphone or basic phone as a Wi-Fi hotspot or to tether it to your computer or tablet. If you subscribe to a data plan or package with an unlimited data allowance, there is an additional $20/ month fee to do so.

Data transfer amounts will vary based on application. If you download an audio or video file, the file may be downloaded in sections or in its entirety; data charges will apply to the portion downloaded, regardless of whether you listen to or watch all of it. You may access and monitor your own data usage during a particular billing period, including during the Return Period, by accessing My Verizon online or by contacting Customer Service.

Data Services: Permitted Uses
You can use our Data Services for accessing the Internet and for such things as: (i) Internet browsing; (ii) email; (iii) intranet access (including accessing corporate intranets, email and individual productivity applications made available by your company); (iv) uploading, downloading and streaming of audio, video and games; and (v) Voice over Internet Protocol (VoIP).

Data Services: Prohibited Uses
You may not use our Data Services for illegal purposes or purposes that infringe upon others' intellectual property rights, or in a manner that interferes with other users' service; that violates trade and economic sanctions and prohibitions as promulgated by the departments of Commerce, Treasury or any other U.S. government agency; that interferes with the network's ability to fairly allocate capacity among users or that otherwise degrades service quality for other users. Examples of prohibited usage include: (i) server devices or host computer applications that are broadcast to multiple servers or recipients such that they could enable "bots" or similar routines (as set forth in more detail in (ii) below) or otherwise degrade network capacity or functionality; (ii) "auto-responders," "cancel-bots," or similar automated or manual routines that generate amounts of net traffic that could disrupt net user groups or email use by others; (iii) generating "spam" or unsolicited commercial or bulk email (or activities that facilitate the dissemination of such email); (iv) any activity that adversely affects the ability of other users or systems to use either Verizon Wireless' services or the Internet-based resources of others, including the generation or dissemination of viruses, malware or "denial of service" attacks; (v) accessing, or attempting to access without authority, the information, accounts or devices of others, or to penetrate, or attempt to penetrate, Verizon Wireless' or another entity's network or systems; or (vi) running software or other devices that maintain continuous active Internet connections when a computer's connection would otherwise be idle, or "keep alive" functions, unless they adhere to Verizon Wireless' requirements for such usage, which may be changed from time to time.

We further reserve the right to take measures to protect our network and other users from harm, compromised capacity or degradation in performance. These measures may impact your service, and we reserve the right to deny, modify or terminate service, with or without notice, to anyone we believe is using Data Plans or Features in a manner that adversely impacts our network. We may monitor your compliance, or other subscribers' compliance, with these terms and conditions, but we will not monitor the content of your communications except as otherwise expressly permitted or required by law. [See verizonwireless.com/privacy]

12310