CASE #
1:19-CV-03372-AMD-RML

DATE
08/13/2019

①

Rec'd
8/15

RECEIVED
AUG 13 2019
PRO SE OFFICE

DEAR HONEREBELE JUDGES
JUDGE ANN M DONNELLY
JUDGE ROBERT M. LEVY

I WOULD LIKE TO FIRST GIVE A HISTORY OF THIS CASE
AN EXPLAIN WHY I OPPOSE 1) THE REQWES OF THE
ATTORNOY TO TRANSFER THIS CASE TO THE
FEDERAL COURT  2) THE REQWEST TO GO TO
ARBITRATION AN STAY ACTION  3) TO BRING THIS
CASE BEFORE THE JUDGE BEFORE AUGUST 27
2019 SO I CAN BE HEARD

I BOUGHT A HOME BASSE CELER WIRELESS DEVICE
A BOX FROM VERIZON WIRELESS AT 100 WALL STR
ON 04/02/2015 OR 2016  IHAD IT FOR AROUND
(OR AROUND)
15 TO SIXTEEN MONTH AN I PAID 20$ MONTHLY PLUS
APLICABLE TEX ABOUT 27.00$ I HAVE PAID IT EACH
AND EVRY MONTH EVEN I HAVE ALLWAY'S COMPLAIND
FOR VERY BAD SERVICE BUT ALWAYS PAID THE
BILL ON TIME BUT AFFTER COMPLAINING AN COMPLAINING
SO MANEY TIME VERIZON WIRELESS AGREED THAT
I CAN GO TO A DIFFRENT CARRIER BECAUSE THEY
COULD NOT PROVIDE ME GOOD SERVICE AN
THEY AGREED NOT TO CHARGE ME EARLY TERMINATION
FEE SO I TRANSFERD THE SAME SERVICE TO
AT&T SAME BOX THEY HAVE FOR 20$
PLUS TAXES AND FEE IT IS ABOUT 27$
WHEN I HAVE RECEIVE THE LAST BILL FROM
VERIZON WIRELLES FOR 176$ I CALLD

ORIGINAL

THEM I ASK WHY THEY CHARGE ME THE
TERMINATION FEE WHEN YOU COULD NOT
PROVIDE ME SERVICE AN AGREED THAT
I SHOOLD TRY A DIFFRENT CARIER BECAUSE
YOU CANOT PROVIDE ME BETTER SERVICE
THEY REFUSD TO CREDIT ME THE TERMINATIONS
FEE I ASK FOR SUPERVISER AND SAME RESPOND
AFFTER A FEW CALLS I GOT TIERD
I INISIATED A SMALL CLAIM IN BROOKLYN COURT
INDEX NUMBER SC 3766/18 BUT BEFORE THAT
I RECEIVED NUMERE LETER AN CALLS HARA-
SING ME ABOUT THIS PAIMENT ON DEC 4/2018
I WAS GRANTED JUDGMENT OF 698$ FOR
BAD SERVICE VERIZON WIRELESS DIDENT
EVEN BODER TO SHOW UP SO THEY SEND ME
A REFUND CHECK FOR THE FULL AMOUNT
698 + 20 = 718$ AN ON CHECK THEY WROTE
REFUND SO NO THAT I WAS REFUNDED THE
WHOLE AMOUNT OF SERVICE AND THEY BY
REFUNDING ME THE WHOLE MONEY WHY IS THEIR
A TERMINATION FEE SO INSTEAD OF REMOVING
THIS FRAUDELENT CHARGE OF 176$ THEY
CONTINUE ONE AFFTER THE OTHER COLETION
LETTER'S THE FIRST ONE WAS ON
DEC 07/2018 BY DIVERSIFIED CONSULTANTS INC
DEMANDING 207,80 BUT AFFTER SMALL
CLAIM AND THE CHECK DATED 01/07/2019
MARCH 1 2019 THEY SEND ME NEW LETTER
FROM DYNAMIC RECOVERY SOLUTIONS DEMANDING

③

ALLREADY 341,83 DOUBLE AND THIS IN ABOUT
WHEHN I STARTED A HARASMENT CASE WITH
INDEX # 3082/2018 AND IT WAS DISMISD
BY HONGREBELE JUDGE DEBRA SILVER BECASE
OF IMPROPER SERVICE I SERVED VERIZON
WIRELESS AT 100 WALL STR, NOT
TO THE PROPER SERVICE ADRESS SO
I STARTED A NEW CASE WITH INDEX
1251/2019 AFFTER MOTH OF AGGRAVASION
AN GETING HARAST WITH NEW LETTER'S
AN NEW PHONE CALL'S ON MARCH 15/2019
FROM JEFFERSON CAPITAL SYSTEMS LLC
ASKING 341,83 THIS IS IN TIME WHEN
WE WERE ALLREADY IN COURT THE HARASMENT
DID NOT STOP ALLDO I GOT PHONE CALLS FROM
VERIZON A LADY TIFENE MCGRIFF SPOKE TO
ME AN STATED THEIR WILING TO PAY FIRST
1500 THEN 3500 I REFUSED AND STATED
I WILL NEED MINIMUM 5000 FOR ECH LETTER
AND PHONE CALL'S BUT THEN ON JUNE
6/2019 THE LAW FIRM OF SEGAL, MC CAMBRIDGE,
SINGER & MAHONEY, LTD AND A ANDREW P. KATES
MAKING THIS CASE AS A COLECTION
MATER AN THEN ON JULY 25 2019 EVEN
ASKING TOSTAY AND GO TO ARBITRAITION
AN ASKING A DATE OF AUG 28 2019
WHEN I SPECIFFIC ASK NOT FROM AUG 27-SEP4



AND THEY SUHITED A NOT CORECT DOCUMENT
AS MONTHLY IS 30$ WHEN IN FACT
THIS WAS A 20$ PLUS TAX AN FEE BILL
LET THEM PROVIDE ALL MONTHLY BILLS
AN I REQUWEST THIS AS DISCOVERY ALL
MY MONTHLY BILLS AND RECORD OF DATES
AND TIME OF MY COMPLAIN AN CONVER-
SASIONS AN ORIGINAL COPY OF
RECEIPT OF SIGNING ATT 100 WALLST
VERIZON STATION STORE THE
EXHIBIT A IS NOT CORECT I NEED THE
ORIGINAL RECEIPT COPY FROM 100 WALL
ST MANHATAN NOW ON JUNE 14 2019
WEHN VERIZON WIRELLES REPREZENTIV
STAFENEY MGRIFF WAS READY TO PAY
3500$ A NEW LETTER WITH HARASING
CALLS FROM CONVERGENT OUTSOURCING INC
DEMANDING AGAIN 207.80 AND HARASING
PHONE CALLS WHITCH DONT STOP THIS FALSE
ABUMSION THAT THIS IS A COLECTION SHOOLD BE
DENIED IN ITS ENTIRETE EURYTHING IS NOT
CORECT THE EXIBIT A AND THE REQUWEST
FOR ARBITRATION WAS ALLREDEY MET AT
SMALL CLAIM ACTION SC 3766/18 NO
ARBITRAITION IS HERE A VALID OUPSION THEIRE IS
A CASE OF HARASMENT MAKING ME SICK
HIGH BLOOD PRAISER AN OTHE PROBLEMS
ARIZING FROM THIS WRONGFULL ACTIONS

(5)

BY VERIZON WIRELLESS THIS HAS NOTING
TO DO WITH COLELTION ONLY HARASMENT
FRAUD OF BILING FRAUD OF COLELTION
FRAUD OF SUBMITING NOT CORECT
PAPERS AS PER ACTION EXIBIT A IS
FRAUDELENT IT WAS NEVE A 30 $
IT WAS ALWAY 20 + TAX AN FEE
I RESPACTFULY ASK TO BE ABLE TO
COME IN FRONT OF THE HONOREBLE
COVRT MAIBE TO BETER TO EXPLAIN
AN GET THIS REZOLVEZ AS QWICKLY
POSIBLE BEFORE TO HAVE A DATE
BEFORE THE 27 OF AVGUST 2019
AS I CONCLOUD THIS THE
                    DAY OF AVGUST 12 2019


          YEHUDA HERSKOVIC



     BY MAIL cc ANDREW PHILIP KATES
AND BY FAX    850 THIRD AVE
              NEW YORK NY 100 22
     FAX  212 651 7499

PO BOX 1391
SOUTHGATE, MI 48195-0391



**DIVERSIFIED CONSULTANTS, INC.**

12/07/18

Current Creditor:  VERIZON WIRELESS
Original Creditor:  VERIZON WIRELESS
Account Number:  098887691700001
Agency Reference Number: 77535322
Balance: $207.80

Yehuda Herskovic
225 Ross St Apt 1
Brooklyn, NY 11211-7204

| Total Debt Due As of Charge-Off | Total Interest Accrued Since Charge-Off | Total Non-Interest Charges or Fees Since Charge-Off | Total of Payments Made On the Debt Since Charge-Off |
|---|---|---|---|
| $176.11 | N/A | $31.69 | N/A |

This notice is to inform you that your account with VERIZON WIRELESS has been referred to our office for collections.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Calls to or from this company may be monitored or recorded.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

Adam Felty
Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL  32255-1268
877-848-1045

 **Toll Free: 877-848-1045**

**Hours of Operation:**
Monday – Thursday:  8 AM – 11 PM EST
Friday:  8 AM – 10 PM EST
Saturday:  9 AM – 4 PM EST

**Pay Your Bill Online at:**
www.dcicollect.com

**NOTICE: See Reverse Side for Important Information.**

DCI\00100\237396854687

1675\0001\14\0006-

---

Detach and Return with Payment

00100

**To pay by credit card, please complete the information below:**

Check One:    ❑ VISA   ❑ MasterCard   ❑ AMEX   ❑ Check

Card Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Expiration Date: ☐☐☐☐   CCV#: ☐☐☐ Last 3 digits on back of card

Signature of Cardholder: _____

Cardholder Name: _____

Cardholder Billing Address:
_____
_____

**Amount Due: $207.80**

**Amount Submitted:**

$ _____ . __

**Make Checks Payable to Verizon**

DIVERSIFIED CONSULTANTS, INC.
PO BOX 551268
JACKSONVILLE, FL 32255-1268

Current Creditor:  VERIZON WIRELESS
Original Creditor:  VERIZON WIRELESS
Account Number:  098887691700001
Agency Reference Number: 77535322
Balance: $207.80

877-848-1045



# Civil Court of the City of New York

COUNTY OF _KINGS_

Small Claims/Commercial Claims Part

Index Number   S.C. _3766 /18_

HERSKOVIC, YEHUDA

**Claimant(s)**

against

VERIZON WIRELESS

**Defendant(s)**

## NOTICE OF JUDGMENT

**DECISION:** After Trial/Inquest, the decision in the above action is as follows:

A. ☑ Judgment in favor of _Claimant for $ 698_

| | | |
|---|---|---|
| Judgment Award Amount | $ _698.00_ | *When an Award has been granted,* |
| Interest | $ | *information below the bold line and* |
| Disbursements | $ _20.00_ | *on the reverse side applies to all parties.* |
| TOTAL JUDGMENT | $ _718.00_ | |

B. ☐ Judgment in favor of Defendant. Claim Dismissed. No monetary award.
*Information below the bold line and on the reverse side of this form does not apply to Dismissed Claims*

_12/4/18_
Date

_Natasha_
Judge, Civil Court/Arbitrator

**APPEAL:** An Appeal may only be taken from an Order or a Judgment rendered by a Judge (not an Arbitrator), after a trial.
An Appeal from this Judgment must be taken no later than the earliest of the following dates:
(i) thirty days after receipt in court of a copy of the judgment by the appealing party,
(ii) thirty days after personal delivery of a copy of the judgment by another party to the action to the appealing party (or by the appealing party to another party); or
(iii) thirty-five days after the mailing of a copy of the judgment to the appealing party by the clerk of the court or by another party to the action.

## INFORMATION FOR THE JUDGMENT DEBTOR
*(The party against whom a money judgment has been entered)*

**YOU HAVE A LEGAL OBLIGATION TO PAY THIS JUDGMENT TO THE JUDGMENT CREDITOR. YOU MUST PRESENT PROOF TO THE COURT UPON SATISFACTION OF THE JUDGMENT.**

Your failure to pay the judgment may subject you to any one or any combination of the following:

    a) garnishment of wage(s) and/or bank account(s).
    b) lien, seizure and/or sale of real property and/or personal property, including automobile(s)
    c) suspension of motor vehicle registration, and/or drivers license, if the underlying claim is based on judgment debtor's ownership or operation of a motor vehicle.
    d) revocation, suspension, or denial of renewal of any applicable business license or permit..
    e) investigation and prosecution by the State Attorney General for fraudulent or illegal business practices.
    f) a penalty equal to three times the amount of the unsatisfied judgment plus attorney's fees, if there are unpaid claims.

If you did not appear in court on the day the Hearing was held, you are a defaulting party. A judgment may have been taken against you even though you were not in court. If that is so, you may come to the court and apply in writing to have the default judgment opened. You must give the Judge a reasonable excuse for your failure to appear in court and show that you have a meritorious defense. The Judge will review your request and may vacate the default judgment and give you another chance to go to court.

**THE JUDGMENT IS VALID FOR A PERIOD OF 20 YEARS. IF THE JUDGMENT IS NOT COLLECTED UPON THE FIRST ATTEMPT, FURTHER ATTEMPTS TO COLLECT MAY BE MADE AT A LATER DATE.**

**("INFORMATION FOR THE JUDGMENT CREDITOR" is on the reverse side.)**

CIV-SC-62 (Revised, October, 2000)

B2020

| INVOICE NUMBER | INVOICE DT | DESCRIPTION | GROSS | DISCOUNT | NET AMT |
|---|---|---|---|---|---|
| 9888769171 | 01/07/2019 | CUSTOMER REFUND | 718.00 | 0.00 | 718.00 |

| Check No. | Check Date | Vendor No. | HC | BU | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $718.00 | $0.00 | $718.00 |
| 18361314 | 01/09/2019 | 0006008607 | RE | APCRF | Questions? Call | 800/922-0204 | | Page 1 of 1 |

**FOLD ALONG PERFORATED DOTTED LINE & REMOVE CHECK**

Yehuda Herskovic
225 Ross St Apt 1
Brooklyn, NY 11211-7204



**DYNAMIC**
RECOVERY SOLUTIONS

March 1, 2019

135 Interstate Blvd. | Greenville, SC 29615

Original Creditor: CELLCO PARTNERSHIP ● Debt Description: VERIZON WIRELESS
Original Account Number: 058829098500001 ● DRS Reference Number: 097362593
Current Creditor: Jefferson Capital Systems, LLC ● Reference Number: 3311273822
Current Balance: $341.83
Itemization of balance:  Charge-off Balance: $341.83; Interest Accrued since Charge-off: $0.00;
Non-interest charges accrued since charge-off: $0.00; Non-interest fees accrued since charge-off: $0.00;
Total amount of payments made on the debt since the charge-off: $0.00

Dear Yehuda Herskovic,
The above referenced account has been placed in our office for collection.

① Our office will allow you to resolve your account for $153.82. Your payment is due on April 15, 2019. We are not obligated to renew this offer. Upon receipt and clearance of this payment, this account will be considered satisfied and closed. A satisfaction letter will be issued or;

② Our office will allow you to resolve your account for $170.92 in 2 payments of $85.46. Your first payment is due on April 15, 2019. We are not obligated to renew this offer. To comply with this offer, payments should be no more than 30 days apart. Upon receipt and clearance of these two payments, this account will be considered satisfied and closed. A satisfaction letter will be issued or;

③ Our office will allow you to resolve your account for $188.01 in 3 payments of $47.00 and a final payment of $47.01. Your first payment is due on April 15, 2019. We are not obligated to renew this offer. To comply with this offer, payments should be no more than 30 days apart. Upon receipt and clearance of these four payments, this account will be considered satisfied and closed. A satisfaction letter will be issued or;

④ If you are unable to accept the above offers, please contact our office. We take pride in working with all consumers, regardless of your current financial position.



**Customer Service: 877-821-1659**

**http://drs.cssimpact.com/negotiator/**

**PO BOX 25759, GREENVILLE, SC 29616-0759**

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within 30 days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.


Scan this code
with your
smart phone
to pay your
bill online.

**New York City Residents: Please contact Clarissa Ferguson at 877-821-1659 to resolve this debt. New York City Department of Consumer Affairs License Number 1314030-DCA.**



**JEFFERSON**
CAPITAL SYSTEMS, LLC

16 McLeland Road
Saint Cloud, MN 56303
1-800-281-2793 English and Español
Mon-Fri 8 AM - 3 PM Central Time



**Your Account Summary**

| | |
|---|---|
| Debt Description | VERIZON WIRELESS |
| Account # | 05882909500001 |
| Original Creditor | CELLCO PARTNERSHIP |
| Current Creditor | JEFFERSON CAPITAL SYSTEMS LLC |
| JCS Reference # | 331127382 |
| Amount of debt | $341.83 |

March 15, 2019

Dear Yehuda Herskovic,

We acknowledge receipt of your communication concerning the above referenced account.

Based on your stated dispute we have ceased collection of this account. Our records indicate that we are not reporting this account to the credit reporting agencies. For questions regarding your credit bureau report, please contact the bureaus at:

Equifax: 1-800-685-1111
Experian: 1-888-397-3742
Trans Union: 1-800-916-8800

Should you have any questions regarding this matter please feel free to contact us at the number listed above.

Sincerely,

*Scott Gallagher*
Jefferson Capital Systems, LLC

**Notice of Important Information:** Consumers have rights including, but not limited to those rights listed below:

**Complaints:** If you have a complaint, please write to us at 16 McLeland Road Dept. C Saint Cloud, MN 56303 or call us toll-free at 1-888-718-0048, Monday through Friday.

**ADDITIONAL INFORMATION FOR NEW YORK CITY RESIDENTS**
NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS LICENSE NUMBER: 1368090



TO COLLECTION AGENCY'S WHO HARASS ME WITH LETTER AN PHONE CALL'S DAY'S AN DAY'S AN THO PUT NEGATIVE REPORTING ON MY CREDIT REPORT TO THE CREDIT AGENCY'S AN BY DOOING THAT THEY CAUSED DEMAGE TO MY CREDIT AND MY NAME AN MONTH'S OF SLEEPLES NIGHTS AN AGREVASION

3. **(If you are moving by order to show cause, fill in this paragraph. List all prior requests for this relief made to any court and the results of those applications. If no prior requests have been made, state "none")** No prior application has been made for the relief sought herein except ~~NOT~~ A PRIER REQUEST WAS DISSMISD BECAUSE OF IMPROPER SERVICE INDEX # 3082/2018

WHEREFORE, I respectfully request that this motion be granted, and that I have such other and further relief as may be just and proper.

_____
(sign before a notary public)

YEHUDA HERSKOVIC
(print your name)

Sworn to before me on the ___28th___ day of __March__, 20_19_.

# Convergent

Convergent Outsourcing, Inc.
800 SW 39th St., Suite #100/PO Box 9004
Renton WA 98057
Mon-Thu 8AM-8PM, Fri 8AM-5PM CST
866-336-8383

ATERSO01
PO Box 1280
Oaks PA 19456-1280
CHANGE SERVICE REQUESTED

Yehuda Herskovic
225 Ross St Apt 1
Brooklyn NY 11211-7204

Date: 06/14/2019
Creditor: Verizon Wireless
Client Account #:  098887691700001
Convergent Account #: T-67403381
Reduced Balance Amount: $ 155.85

| | |
|---|---|
| Amount Owed: | $ 176.11 |
| Collection Cost: | $ 31.69 |
| Total Balance: | $ 207.80 |

---

**Reduced Balance Opportunity**

---

Dear Yehuda Herskovic:

This notice is being sent to you by a collection agency.  The records of Verizon Wireless show that your account has a past due balance of $ 207.80.

Our client has advised us that they are willing to satisfy your account for 75% of your total balance.  The full amount must be received in our office by an agreed upon date.  If you are interested in taking advantage of this opportunity, call our office within 60 days of this letter.  Your reduced balance amount would be $ 155.85. Even if you are unable to take advantage of this opportunity, please contact our office to see what terms can be worked out on your account.  We are not required to make this arrangement to you in the future..

Sincerely,

Convergent Outsourcing, Inc.

COPY

06/02/2019

CASE#1:19-CV-03372-AMD-RML

DEAR HONEREBLO JUDGE

I CANOT ATENTD FROM JULY 19 - AUG 14
AN ALSO FROM AUGUST 27 - SEP 5 CAN
YOU PLASE A JURNE IT OR BEFORE JULY 19
OR AFTER AUGUST 13 BEFORE 27 OR AFTER
SEP 5 ALSSO NOT THE JEWIS HOLIDAY'S

YEHUDA HERSKOVIC

BY MAIL        CC, ANDREW PHILIP HATES
OR FAX              850 THIRD AVONE
                    NEW YORK NY 10022

RECEIVED
JUL 02 2019
PRO SE OFFICE

COPY

CASE # 1:19 - CV-03372 - AMD-RML 07/02/2019

DEAR HONOREBLE JUDGE

I OPPOSE TRANSFERING THIS CASE TO
THIS COURT BECAUSE THIS CASE IS
NOT A FAIR CREDIT REPORTING ACT
THIS IS A ACT OF FALSE COLECTIONS
LETTERS HARASMENT BY LETTER
AND PHONE CALL'S AND IT ALSO
INCLUDE THE HARASMENT AN DAMAGE
TO MY HEALTH AND TIME CONSUMING
AN A SMALL PART IS THE CREDIT
REPORT THAT WHY I OPPOSE TO REMOVE
IT TO THIS COURT I BLIVE THAT THIS
IS PART OF THEM TO MAKE ME TIERD
AN LET THIS GO AND BYE TIME AND
PUSHING THIS OFF THIS CAUSES ME
ALSO MORE HEAD ACKE AND PAIN

YEHUDA HERSKOVL

RECEIVED
JUL 02 2019
PRO SE OFFICE

BY MAIL CC. ANDREW PHILIP KATES
OR FAX        850  3RD. AVE STE 1100
NEW YORK NY 10022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ~~QUEENS~~ KINGS



-----------------------------------------------x

YEHUDA HERSKOVIC **Plaintiff,**

- against -

VERIZO WIRELESS

                                **Defendant.**
-----------------------------------------------x

Index No. 1251 / 20 19

VERIFIED
**COMPLAINT**

**TO THE SUPREME COURT OF THE STATE OF NEW YORK**

The complaint of the plaintiff, YEHUDA HERSKOVIC            , respectfully

shows and alleges as follows:

ON THE DATE OF 12/27/2017 I WENT IN TO THE VERIZON
WIRELESS STORE ON 100 WALL STR NEW YORK NY. 10005,
AND MADE A CONTRACT FOR A HOME DEVICE TO HAVE PHONE
SERVICE WITH THE NUMBER 718-387-4565 AND THE CONTRACT
WAS FOR TWO YEARS, AFFTER ABOUT A MONTH I STARTED TO HAVE
DIFICULTIES WITH THE SERVICE, PEAPLE ON THE OTHER END COLD NOT
HEAR ME AND CALLS WERE DROPT IN MIDEL OF A CONVERSATION
THEN I CALLD THE COMPANEY VERIZON WIRELESS AND THEY
TRGD TO FIX IT BUT IT WAS NOT HELPING TO MUCH IT KEPT ON
AN ON AND I KEAP CALLING AN COMPLANING THEY STATED
THAT NOTHING IS WRONG AND THE SAME PROBLEM WAS
GOING ON AND ON I REALY GOT TIRED OF THE SITUATION,
AND ON THE DATE OF DEC/10/2018 I SPOKE TO A COSTOMER
SERVICE AND SHE TRANSFERD ME TO A SUPER VISER AND
TOLD THEM THAT I CANOT GO ON WITH THIS NO SERVICE
AN DIFICULTIES I NGED PROPER SERVICE AND I ASKED

PERMISON TO CANCEL THE CONTRACT AND GO TO A OTHER
PROVIDER AND COMPANEY WHO CAN GIVE ME PROPER
SERVICE THE SUPERVISER AGREED WITH ME AND SAID
SHE WILL WAVE THE DISSCONECTION FEE SO I WENT
TO ANOTHER COMPANEY AT&T WITH THE SAME
SERVICE AND SAME WIRELESS DEVICE FOR HOME
SERVICE AND SWITCH THE SERVICE TO AT&T WIRELESS
ATT THE END OF THE MONTH VERIZON WIRELESS SEND ME
A FINAL BILL WITH A 176.00$ DISCONETION CHARGE
FOR GOING TO A·OTHER COMPANE WHO CAN GIVE ME
SERVICE, I RIGHT AWAY CALLD VERIZON WIRELLES
AND ASK WHAT IS THE 176$ DISCONECTION CHARGE
I GOT PERMIGION AN THE SUPERVISER PROMISD ME
TO WAVE THE DISCONECTION CHARGE AND I WAS ON
THE PHONE FOR A LONG TIME ARGUING WITH THE
CUSTOMER SERVICE REPRESENTIVE THEN WITH THE
SUPEVISER BUT BOTH REFUSD TO WAVE THE FEE
THEY DNIED ME MY RIGHT TO HAVE PROPER SERVICE
AND I VERIFIED ALL THE COMPLAIN'S I WAS MAKING
AN THEY STILL DNIED ME AN KEPT SENDING
BILL'S FOR ONLY THIS CHARGE ALL OTHER I WAS UP
TO DATE PAID EVERITHING I OWED EXEPT THE
DISCONECT CHARGE, THAN THE REAL NIGHTMARE
STARTED, THEY SEND ME COLECTION LETTERS ONE
AFTER THE OTHER AN CALLS OF COLECTION DIFRENT
COMPANEY'S AN THEY PUT IT ON MY CREDIT REPORT
AS A NEGATIVE RUNING MY CREDIT ONE LETTER
FROM DIVERSIFIED CONSUL TANTS, INC. POBOX 551268
THEY CALLD ME HOME AN CELL DAY AFFTER DAY

2

AND I KEAP EXPLANING THAT I DO NOT OWE THIS MONEY AND THEY INSIST THAT I DO OWE THEM AND I ALSO CALLD VERIZON WIRELESS BUT THEY ALSO WERE NOT TO HELP OUT THE SITUATION THEN I APPLIED FOR CREDIT CARD FROM BARCLYS WICH I HAVE A CREDIT CARD AND OTHER THEY DENIED ME BECAUSE OF NEGATIVE INFORMATION ON MY CREDIT REPORT FROM EXPERIAN AN TRANSUNION THEY HARASD ME WITH THIS FRAUDELENT CHARGE SO LATE AS DEC/07/2018 THEY SEND ME A NEW COLECTION LETTER AN ALSO THEY PUT IT ON MY CREDIT REPORT. EVAN THEY ADMIT IN SMALL CLAIM COURT THEY REFUDED ME 698$ FOR BAD SERVICE, BUT THE 176 THEY STILL HAVE IT ON MY CREDIT REPORT AN NOW ON 3/1/2019 I RECEIVE A NEW LETTER WITH A MORE GRETER CHARGE OF 341,83$ AS YOU CAN SEE ATACH COPY FROM DYNAMIC RECOVERY SOLUTIONS WITH ADRESS 135 INTERSTATE BLVD . GREENVILLE, SC 29615 THE HARASMENT DONT STOP I CANT GET NEW CREDIT CARD I LOST ABOUT 3000$ ON INSANTIVES THE HARASMENT IS GOING ON STILL TODAY THEIR IS NO END TO MY AGRAVASION FROM THIS FALSE AND FRAUDELENT CHARGE IS MY VORST NIGHTMARE CANT SLEEP AT NIGHT THIS IS CAUSING ME HEADACKES AN IN MIDEL OF THE NIGHT I WAKE UP THINKING OF THIS COLECTION LETERS I AM NERVES AND HAVE BAD DAYDREAMS FRIDAY DEC 7 2018 I SPOKE TO THE SUPERVISER OF COLLECTION DEP OF DIVERSIFIED

CONSALTANTS, INC WITH THE NAME PERALTA
ANGELYN AN THEY STILL REFUSE TO REMOVE THE
DAMAGING INFORMATION WICH IS FRAUDELONT AN
FALSE EVEN AFTER REFUNDING THE WHOLE AMOUNT
OF CHARGES FOR MONTLY SERVICE SO ON DEC
13 2018 I CALD VERIZON WIRELES THEY GAVE ME
CONFLICKTING DATE WHEN MY SERVICE STATES
AN WHEN IT ENDED ON CREDIT REPORT IT IS WRITEN
DEC 1 2016 ~~THAT~~ ANT THEY CLAIM VERIZON WIRELES
SHE SAID JAN 07 2018 THEN THEY GAVE ME THE
DATE DEC 21 2016 AND DEC 27 2017 ALSO
REPREZENTITIVE COMFIRD THAT I CALD IN ON
ALL THIS DATES JUNE 28 2017, SEP 10 2017,
DEC 10 2017, OCT 30 2017, DEC 9 2017, DEC
10 2017, AND ON THIS DATE OF DEC 10 2017
I HAD A CONVERSATION WITH A SUPERVISER
THAT I CANOT GO ON LIKE THIS ANY LONGER
WITH THIS BAD SERVICE AN I AM SWITCHING
CARIER BECAUSE OF PHONE DROPS CALLS AND
PEARCE ON OTHER END CANT HEAR ME AN SHE
AGREED THAT I CAN GO TO A DIFRENT LARER
SON ON DEC 27 2017 I WENT TO AT&T.
SO NOW THE RELIEF I AM SEEKING FROM
COURT IS AS FOLOWS
1) THAT VERIZON WIRELESS AND ALL THEIR
COLECTION AGENCIES STOP THE HARASMENT
AND AGRAVATING ME WITH THEIR COLECTION
AND EARASE THIS CHARGES FROM COLECTION
ON MY CREDIT REPORT OF ALL CREVIT REPORTING

4

AGENCIES LIKE EQUIFAX TRANSUNION EXPERIAN TO REMOVE THE NEGATIVE REPORTING

2. 30,000$ FOR THE DAMAGES THAT DAY CAUSED TO ME WITH THEIR ACTION OF THIS FALSE AND FRAUDULENT CHARGES AN COLOCTION ALL THIS TIME FROM DEC 27 2017 UNTIL TODAY THE COUR SHOOL ORDER TO REMOME THE NEGATIVE COLECTION AND RPORTING AND A JUGMENT IN THE AMOUNT OF 30,000$ TO ~~YEHUDA HERS~~ BE GIVEN TO YEHUDA HERSKOVIC

Dated: 3/26/2019

YEHUDA HERSKOVIC
**Plaintiff**

## VERIFICATION

YEHUDA HERSKOVIC_____, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

Signature

YEHUDA HERSKOVIC
Print Name

Sworn to before me this
26 day of MARCH 2009

Notary Public

CHAIM PERLSTEIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PE6075699
Qualified in Kings County
My Commission Expires 08-30-2019

5

Instructions: Fill in the names of the parties and the index number. Complete the blank spaces next to the instructions printed in **bold** type. Cross out information in *italics* which does not apply. PRINT AND USE BLACK INK ONLY.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

----------------------------------------------------------------X

YEHUDA HERSKOVIC

*Plaintiff(s) / Petitioner(s)*

-against-

Index Number

1251, 2019

VERIZON WIRELESS

*Defendant(s) / Respondent(s)*

AFFIDAVIT IN SUPPORT

----------------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF ___KINGS___ **(where notarized)**

YEHUDA HERSKOVIC **(your name)**, being duly sworn, deposes and says:

1. I am the *plaintiff/petitioner/defendant/respondent* in this *action/proceeding*. I make this affidavit in support of my motion for an order **(describe what you are asking the Court to grant)** TO PUT THE CASE ON CALENDER ON APRIL 30 2019 AN GRANT ORDER THAT VERIZON WIRELESS REMOVE DAMAGING AN NEGATIVE AN FALSE INFORMATION ON MY CREDIT REPORT AND STOP COLECTION ON THIS FALSE CHARGES AN PAY ME 30,000$ FOR PAIN AND DAMAGES INFLICKTED ON ME BY THEIR WRONFULL ACTION'S

2. I believe the Court should grant my motion because **(explain the reasons for your request. Use additional paper if necessary)** VERIZON WIRELES FALSLEY FRAUDELENTLY PUT A CHARGE ON MY NAME AN THAN GAVE

KSCHC-SUPAFF-02/17

TO COLECTION AGENCY'S WHO HARASD ME WITH
LETTER AN PHONE CALL'S DAY'S AN DAY'S
AN THÔ PVT NEGATIVE REPORTING ON MY CREDIT
REPORT TO THE CREDIT AGENCY'S AN BY DOEING THAT
THEY CAUSOD DEMAGE TO MY CREDIT AND MY NAME AN MONTH'S
OF SLEEPLES NIGHTS AN AGREVASION

3. **(If you are moving by order to show cause, fill in this paragraph. List all prior requests for this relief made to any court and the results of those applications. If no prior requests have been made, state "none")** No prior application has been made for the relief sought herein except ___ NOT A PRIER REQWES T WAS DISSMISD BECAVSE OF IMPROPER SERVICE INDEX # 3082/2018

WHEREFORE, I respectfully request that this motion be granted, and that I have such other and further relief as may be just and proper.

_____
**(sign before a notary public)**

YEHUDA HERSKOVIC
**(print your name)**

Sworn to before me on the 28th
day of March, 20 19.

_____
Notary Public

LORI-ANN URKONIS
Notary Public, State of New York
No. 04UR6296479
Qualified in Kings County
Commission Expires February 03, 2022

KSCHC-SUPART 02/17

Accounts

## Account Name
VERIZON WIRELESS

**Balance**
$176

**Credit Limit**
$176

**Usage**
100%

**Type**
OTHER
View details ▸

**Status**
Negative

**Opened On**
Dec 1, 2016

Summary          Collections

Based on your credit profile, you may qualify for this offer.



Blue Cash Everyday® Card from American Express

Apply Now (https://usa.experian.com/api/offer-redirect/a534cfd7-cfcd-4669-aca4-a5c5f4133679/add
site=fcr&memberType=fr&placement=reportsaccounts-abovefooter-prequal&segment=2a&marketl
AB47961C312E&sessionId=A874B012-F639-1469-93D2-C45E0C0C8598&ecsStaticId=87A
489CC057CCFE&isAuth=true&pageId=ecs.credit.reports.accounts.experian.now&previousPageId=ecs.

Learn More

See More Credit Cards

Advertiser Disclosure

Advertiser Disclosure: The offers that appear on this site are from third party companies ("our partners") from which Experian Consumer
Services receives compensation, however the compensation does not impact how or where the products appear on this site. The offers on the
site do not represent all available financial services, companies, or products.

Account Details

Terms

Responsibility

Your Statement

Comments

**1 Month**

**Individual**

**\*\*CONSUMER STATEMENT\*\* Y ITEM DISPUTED BY CONSUMER**

**Account in dispute-reported by subscriber**

## Contact Information

PO BOX 650051 DALLAS, TX 75265 (800) 852-1922

## Payment History

**2018**

| Jan | Feb | Mar | Apr |
|-----|-----|-----|-----|
|     |     |     |     |

| May | Jun | Jul | Aug |
|-----|-----|-----|-----|
|     |     |     | FP  |

| Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|
| FP  | FP  | FP  |     |

FP  Failed to Pay

**Dispute this account**

**View All Accounts**

◀ **Previous   Next** ▶

Advertiser Disclosure: The offers that appear on this site are from third party companies ("our partners") from which Experian Consumer Services receives compensation, however the compensation does not impact how or where the products appear on this site. The offers on the site do not represent all available financial services, companies, or products.