## Andrew P. Kates

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Monday, July 22, 2019 11:00 AM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-03372-AMD-RML Herskovic v. Verizon Wireless Notice of Hearing |

! - The sender's email address couldn't be verified.
! - No employee in your company has ever replied to this person.

**Report this Email** | **Mark as Safe** | Powered by MessageControl

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/22/2019 at 11:00 AM EDT and filed on 7/22/2019

| | |
|---|---|
| **Case Name:** | Herskovic v. Verizon Wireless |
| **Case Number:** | 1:19-cv-03372-AMD-RML |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
**NOTICE DESIGNATING CASE TO ARBITRATION -AND- NOTICE of Hearing: Arbitration Hearing set for October 10, 2019 at 10:00 AM. Counsel shall select the arbitrator on or before August 26, 2019 from the courts panel of Arbitrators. The courts panel of arbitrators is located on the courts website: www.nyed.uscourts.gov/alternative-dispute-resolution Counsel will complete the attached stipulation for selection of an arbitrator and send the completed stipulation to the ADR Coordinator: Rita Credle, via email at: rita_credle@nyed.uscourts.gov. Please do not docket or enter the name of the arbitrator on the courts docket. (Credle, Rita)**

**1:19-cv-03372-AMD-RML Notice has been electronically mailed to:**

Howard A. Fried    hfried@smsm.com

Andrew Philip Kates    akates@smsm.com, akates7483@gmail.com, echin@smsm.com, mbcrane@smsm.com, tmurari@smsm.com

**1:19-cv-03372-AMD-RML Notice will not be electronically mailed to:**

Yehuda Herskovic
225 Ross Street
Brooklyn, NY 11211

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/22/2019] [FileNumber=14075655-0]
[cf7e4b7a88ff345a9592092401d100193090169e528cb79e3e69138d9c7d81e21f09
252ca9b17934c507d1bd214824a7c784e1b13fe60c544885f5894e2a26ba]]