CASE 1:19-CV-03372

TO HONORABLE JUDGE ROBERT M. LEVY

ORIGINAL RECEIVED SEP 27 2019 PRO SE OFFICE

TODAY IS THE THIRD WEEK WHICH YOU GAVE FOR MR KATES TO PROVIDE DOCUMENT ABOUT THIS CASE YOU HAVE ALSO ASKD MR KATES IF HE CAN RESOLVE THIS CASE AND COME TO SOME AGREMENT AN SOLUTION AS OF TODAY I HAVE NOT HEARD FROM MR KATES NOT BY TELEPHONE AND NOT BY EMAIL WHEN WE MET MR KATES WITH YOUR HONORABLE JUDGE ON SEP 10 2019 AFTER A LOG WAIT AND WE DISCUST THE CASE MR KATES AFTER BEING ADVISED ON MY LETER DATED 8/13/2019 THAT THE DOCUMENT ATTACHT AS EXIBIT A ON DATE 7/25/2019 IS NOT A CORECT ONE AN ON AUG 20 MR KATST REPLYD INSISTING ON THAT DOCUMENT ALSO THE REPLY FROM AUG 20 2019 I RECENED AFTER OUR MEETING ON SEP 10 I DID NOT HAVE KNOLEGE OF THIS REPLY ONLY AFFTER SEP 10 2019 I REALY DONT UNDERSTEND THE CONTEND AND THE (CHUTSPA) OF MR KATES AND THEIR LAW FURM AD VERIZON'S REP TO PUT THIS DOCUMENT IN EXIBIT A AND THE DECLARATION OF MR DANIEL REED AS A SENIOR ANALYST AN HE PERSENAL HAVE KNOLEGE ABOUT THIS DOCUMENT WHICH IS A CLOSED ACCUNT AND NOTING TO DO WITH OUR CASE OF THE DEVICE BOUGHT AT 100 WALL STREET ON DEC 8 2016 THIS INFORMATION I GOT WHEN I WENT TO THE STORE ON 139 FLATBUSH BROOKLYN THIS IS AGAIN A FALSE THING TO PUT THIS DOCUMENT IN COURT AS EXIBIT A AN A DECLARATION FROM DANIEL REED AS I WIEW THAT AS A SERIOUS DISRESPECT OF THE DISTINGWICH FEDERAL COURT OF UNITED STATES AN SPECIAL DISRESPECT OF YOUR HONORABLE JUDGE ROBERT M LEVY I THINK THIS DISRESPECT IS NOT THE ONLY ONE AS I CORECTLY REMEMBER AFTER YOUR HONOR WANTED TO GIVE THEM A CHANCE TO BRING THE PROPER DOCUMENTS JUDGE ASK ONE WEEK THEN TWO WEEKS KATES SAID NO THREE AN THAN HE HAD THE

(CHUTSPE) CONTEMT OR DISRESPECT HE DISCAUSTET YOUR HONOR BY "SAYIN VERIZON DENIES ALL ALIGATION AN YOU HONER RESPONDE LIKE YOU DIN'DT HAVE TO DO OR GO THERE SUMTHING LIKE THAT IT WAS REALY AN INSULT AN DISRESPECT THIS IS MY VIEW ON THIS HIGLY RESPECTED COURT AND JUDGE NOW LET GO TO THE LAST DOCUMENT OF AVG 20 2019 THAT I HAVE RECEIVED AFFTER SEP 11 2019 HE WRITES "PLAINTIFF YEHUDA HERSKOVIC HAS FILED AN OPPOSITION THAT IS DIFFUCULT TO FOLLOW," INSULTING MY PLAIN ENGLISH AN THE TRUE FACTS ABOUT THIS CASE AN AGAIN DISRESPECT THE COURT BUT WRITING A LINE THAT I DID NOT DISPUTE THE FACT WHICH I DID IN MY PAPERS TO THE STATE COURT AN THE LETTER TO THIS COURT MR KATES HAS ONE SENTENCE "VERIZON IS DENIENG" IN MY 5 PAGES I HAVE PUT ALL THE REAL FACT'S WITH PROOF OF LETTERS OF HARASMENT ALL VERISON FACT WAS "VERIZON DNIES" NO ONE REAL DOCUMENT OR CONVORSASION SUBSTANTION THE 176 $ ON MY CREDIT REPORT OR COLECTION LETTER KATES STUBORENLY THROU'S LAW'S AN CASES THAT DOS NOT APLY HERE TO THIS CASE AS I HAVE EXPLAIND TO YOUR HONAREBLE JUDGE AT THE TIME SEP 10 2019 AN WHEN MR KATES SAID I AM NOT ENTITELD TO GET THE DOCUMENTS I REQUESTED RESPECTFULY MR KATES DIDEN'T HAVE ANEY THING TO SUPORT THAT AND EVEN NOW HE DID NOT PROVIDE AND MR KATES IS PUTING A BASE AS THIS IS A FAIR CREDIT AND THEN BRING DIFFRENT LAW CASES WHEN (A) THEIR IS NO LAW ALOWING A COMPANEY BECAUSE SINING A CONTRACT TO CHARGE AMOUNT THAT THEY AGREED NOT TO CHARGE DO TO POOR SERVICE AN THEIR IS NO LAW ALOWING THEM TO HARASS AN AGREVATE A COUSTOMER

BECAUSE THEY SIGNED PREVIOS A CONTRACT SO THEY OBLIGATE FOR THIS COMPANEY FOR EVER EVER AN THEY CAN DO EVRITHING EVEN DISRESPECT TE COURT OF THE UNITED STATES AND THEIR HONEREBLE JUDGE'S. IN MY OPPOSITION DATED AUGUST 13 2019 P.1 I ADMIT TO PURCHASE A WIRELESS DEVICE ON YEAR 15-16 NOT 14 AND NOT FROM 139 FLATBUSH AVE BROOKLYN BUT 100 WALL ST MANHATAN SO ALL APLICASION OF MR KATES SHOULD BE DENIED AND THE CASE SHOULD BE AS A REGALER CASE WHERE A COMPANEY IS WITH NO BASSE HARASSING AND SEND COLECTION LETTERS A HARASSING PHONE CALLS AND BILLS.
MR KATES IN HIS SECOND PRAGRAPH IS ADMITING THAT I DID DISPUTE THE "FACT" THAT THE TERMS AND CONDISYON DO NOT APLY TO ME FROM THE EX.A AND THE DECLARATION OF MR REED AN HE IS SUGJESTING THAT SINCE I SIGND A CONTRACT IN 2014 I AM BOUND UNCONDISIONLY FOR EVER EVER TO THE HARASMENT AND DISRESPECT OF MR KATES SUCH KIND OF NONSENSE SHOULD BE REALY AN INSULT ON ANY BODY AN SPECIAL A HIGLY RESPECTED UNITED STATES COURT JUDGE IN PARAGRAPH 3 HE AGAIN "PLANTIFF DOES NOT DISPUTE ANEY OF THESE FALTS". AND THEN IN NEX SENTENSE ALTHOUGH HE DOES APPEAR TO SUGGEST THAT HE IS NOT BOUND BY THE ARBITRATION AN SO FURTH. HE MISLEED THE COURT AGAIN BY STATING "ADDITIONAL" "SERVICE" LIKE IF THE PURCHASE OF EQUIPMENT A YEAR OR MORE IS IN "ADDITIONAL" SERVICE THIS IS REALY SHEMFULL FOR A LAW FIRM AND ATTORNEY WHO ARE CHARGING A SERVICE FEE FOR VERIZON WIRELESS AN EVE HAVE AGAIN THROW SAND IN THE EYE'S AND BRING LAW CASE'S I KNOW H*WENT TO LAW SHOOL BUT SO DID YOUR HONEREBLE JUDGE

BUT I ALSO WENT TO YHIVA AND I AM A TALMUDICAL SHOLER AND I LERNEN TALMUD ABOUT BUISNES DEALING THEIR IS A LOT OF SECTION'S IS TALMUD AN LATER ON IN THE BOOKS OF LAW'S WICH IS CALID "CHOSEN MISPAT" PROTENING TO JEWISH LAW'S IN BUSNES I AM NOT IS ANY WAY ASKING THIS COURT TO RULE ON THIS LAW'S BUT COMEN SENSE IS HERE A VERY IMPORTANT FACT THAT MR KATES AN DANIEL REED ARE MISLEEDING THE COURT AN DISRESPECTING THE INTELIGENCE OF THE COURT "AND ME" I AM REALY NOT THE HEATEY'S PERSON I HAVE MY ACKES AND PAIN BE MR KATES AND VERIZON WIRELESS WITH THEIR ACTION ARE NOT HELPING SO FOR ALL OF THIS ALONE IT SHOOLD BE DENIED ALL OF THE REQUEST OF WERIZON WIRELESS BY MR KATES AS THEIR ATTORNEY IN NEXT PARAGRPH HE IS AGAIN GOING ON THE SAME BASSE AND BUILD FURTHER THE "PIRAMID" OF MISLEEDING THAT THIS HAS ANYTHING TO DO WITH THE FAIR CREDIT REPORTING ACT AGAIN THROWS KNOLEGE ONE THING I DO AGREE TO MR KATES I AM NOT ASKING ANEY MORE THE CASE TO BE REMOVED BACK TO STATE COURT AS I AGREED AT THE DATE OF SEP 10 2019 AND I SAID TO THE COURT THAT I AM AGREEING TO BE IN THIS COURT ALREADY. NOW I RESPECTFULY ASK THAT 1) I AM AVAILEBLE TO COME BACK TO COURT OCT. 2, 3, 4 AND 7, 10, 11, 23, 24, 25 AND NOT TO WAIT ANOTHER MONTH WITH THIS PAIFULL SITUATION 2) TO ORDER FOR VERIZON WIRELESS TO REMOVE THE FALSE CREDIT REPORTING AND TO END MY PAIN AN NIGHTMARE 3) TO ORDER FOR ECH ADISANAL DAY THAT IT IS NOT REMOVED A PENALTY ONE THOUZEND DOLARS A DAY OR AS

THE HONOREBELE COURT SEE PROPER AND AFFTER ONE WEEK HIGHER TO 5000.$ AND AFTTER ONE MONTH 10.000$ A DAY AN THIS HARASMENT SHOOLD TAKE A END ONCE AN FOR ALL (4) FOR THE FIRST LETTER'S BEFORE JUNE 14 2019 30,000$ FOR THE PAIN AN THE HEAD ACKE FOR OVER 2 YEARS AND FOR THE LETTER OF JUNE 14 2019 WICH THEIR IS REALY NOTHING TO DISCUSS AS PLAIN HARASMENT DURING HAVING THIS MATTER ALLREADY IN COURT ADISSNAL 20.000$ OR AS THE COURT MY SEE AS JUSTIBAL OR CORECT. WITH THIS I CONCLUD I REPECKTFULY ASK TO HELP MAKE AN END TO MY PAIN AND HEADACKE FROM CASE OF VERIZON WIRELESS

SEP. 27 2019

TO ATTORNEYS FOR DEFENDANT
CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS
MR. ANDREW P. KATES, ESQ (AK 4164)
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY, LTD
850 THIRD AVENUE, SUITE 1100
NEW YORK, NEW YORK 10022

YEHUDA HERSKOVIC
303 MARCY AVE
347 7318818