

**Total paid today** $32.65

# Thank you .

## Monthly charges

**718-675-6897**

Verizon Wireless Home Phone in Black
DEV ID: A000004FC2E8D3

### Device

| | |
|---|---|
| WIRELESS HOME PHONE UNLIMITED $20.00 Contract end date 12/08/2018 | **$20.00** |

### Features

| | |
|---|---|
| Decline Equipment Protection | **$0.00** |

| | |
|---|---|
| Taxes & Fees | **$0.00** |

**Due monthly** $20.00
(Expect an email shortly detailing your next bill or go to www.vzw.com/myverizon)

## Today's charges

| | |
|---|---|
| Verizon Wireless Home Phone in Black 2 Year Price | **$29.99** |

### Accessories

| | |
|---|---|
| NY Local Sales Tax | $1.46 |
| NY State Sales Tax | $1.20 |
| Total taxes & fees | **$2.66** |

**Paid today** $32.65

## Payment method

### Transaction type : Sale
Transactions are charged in USD
I agree to pay the below payment amount

### Cash                                   $32.65

Change Due: $67.35
Register: 43

### Decline Equipment Protection
You have declined equipment protection on one or more of your devices. If you need to replace your device the full retail cost may exceed $700.00.

## Agreements (View full agreement at vzw.com/myverizon)

### Customer agreement
I agree to the Verizon Wireless Customer Agreement including an early termination fee up to $350 per line, settlement of disputes by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase as reflected on the previous screen.Note: This purchase may be returned or exchanged through 1/14/2017. $35 restock fee applies (excluding Hawaii).

## Signature

By signing below I accept the agreements above

---

### Device trade-in
In some states, recycle credit reduces the tax base. The Taxes or fees on your purchase were based on a price of:$29.99
**Amount tendered :** $100.00 / **This payment :** $32.65

Trade-in device transactions are final and devices cannot be returned.

If you received promo value when trading in a device and/or instant device savings, you will be charged for that value if you do not maintain active service for three billing cycles.

Verizon will also adjust any promotional Trade-in value if you return or exchange your promotional device for an ineligible device.

Promotional trade in credits issued over 24 months and will appear in 2-3 bill cycles after receipt of trade at Verizon. Your smartphone purchase must remain active on device payment agreement for 24 months to receive credits.

If you cancel service, or if device payment agreement is paid off or transferred, promotional credits will stop. Traded device must be in good working and cosmetic condition to receive credits.

### Ewaste tax disclaimer
Electronic waste should be recycled or disposed of properly. Contact http://www.state.nj.us/dep/dshw/recycling/Electronic_Waste/index.html or 866-DEPKNOW for information.

Your Verizon receipt continued

### Return policy
New and Certified Pre-Owned merchandise purchased between November 24 and December 31, 2016 may be returned or exchanged through January 14, 2017. You are permitted to make one exchange. A restocking fee of $35 applies to any return or exchange of a wireless device (excluding Hawaii). If you received your merchandise through a 'Buy One, Get One' or similar offer, both items must be returned in order to receive a refund. For exchanges for the same merchandise make and model, only the item to beexchanged needs to be returned. See verizonwireless.com/returnpolicy for complete details. To receive acredit for the activation fee, cancellations must occur within 3 days of activation of service.

### Taxes and surcharges
Taxes and surcharges can add 6% to 44% to your monthly access and usage charges,including these Verizon Wireless monthly surcharges:
Monthly Federal Universal Service Charge on interstate & international telecom charges (varies quarterly based on FCC rate): 17.4% per line.
Regulatory ($.21 per voice line; $.02 per data-only line);
Administrative ($1.23 per voice line; $.06 per data-only line).

Handset, equipment and accessories sold by Verizon Wireless Network Procurement, LP

### Verizon retail location
VERIZON,100 WALL ST
NEW YORK,NY
10005-3701
212-510-6160

**www.vzw.com**

### Receipt of transaction
Order No: 454773 12/08/2016 @ 04:50 EST

First Copy - Customer, Second Copy - Merchant

### Verizon specialist
REP

