TIME OF START
945 AM — 2.30

① ORIGINAL

RECEIVED
OCT 02 2019
PRO SE OFFICE

PLAINTIFF YEHUDA HERSKOVIC DEMAND TO STOP
THE FRUADELENT DOCUMENTATION AND CONTENT
TO THE RESPECTED COURT OF UNITED STATES
AND THE HONOREBLE JUDGES   ANN M. DONNELLY AND
ROBERT M LEVY. BY ATTORNEY ANDREW P. KATES AND MR
DAMIEL REED AS REPREZENETIVE OF VERIZON WIRELESS

ON OCT 1 2019 6¹⁹ PM I HAVE REGEIVED E-MAIL FROM THE
FIRM SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD AS
ATTORNEYS FOR DEFENDANT AN THE ATTORNEY  ANDREW P. KATES
MR KATES WITH 5 PAGES AS SUPPLEMENTAL BRIEF REGARDING
MOTION TO COMPEL CONTRACTUAL ARBITRATION AND STAY
ACTION  AND THE SUPPLEMENTAL DECLARATION OF DANIEL REED
RE MOTION TO COMPEL CONTRACTUAL ARBITRATION AN STAY
ACTION  TWO PAGES THE DOCUMENT DATED. DEC 08 2016
04,50 PM  EST. WITH THE MOST RESPECT TO THE COURT I ASK YOUR
HONOREBLE JUDGE AN WHO MAY VIEW THIS DOCUMENT WAT
IS WRONG  WITH THIS DOCUMENT? WHEN I VIEWD THIS
DOCUMENT I COULD NOT BELIVE MY EYES UNTIL NOW MY
UNDERSTANDING WAS  THAT THE FRAUD STARTED WHEN
THEY SEND ME THIS FRAUDELENT BILL OF 176 $
DISCONTINUING CHARGE BUT AS TO FRAUD MY SIGNATURE
AN TO ATACH IT TO COURT PAPER THIS IS REALY "CHUTSPA"
"CONTENT," AND DISRESPECT AN "CRIMINAL," PAGE TWO
OF DOCUMENT OF BILL  THEY FRAUDED MY SIGNATURE
AS YOU CAN SEE IN ALL MY DOCUMANTATION AN
MY ID AN THE FIRST DOCUMENT THAT THEY HAVE
PROVIDED FROM APRIL 2, 2014 AND FOR KATES TO

AGAIN AND AGAIN LIKE A BROKEN RECORD ARBITRATION
ARBITRATION WITH NOTING ABOUT DO I OWE THE 176$
AM I RESPOSEBLE FOR SWITCHING TO ANOTHER COMPANEY
NOTHING ABOUT EVRITING THAT I WROTE HE AGAIN DISRESPET
THE COURT AGAIN AND AGA'N BY MAKIN BELIVE AS IF
THIS IS A SUPLEMENT CONTRACT IN DES 8 2016 TO THE
CONTRACT OF APRIL 2 2014 AS I WROTE TO THE COURT ON
SEP 27 2019 AND AFFTER MY STRONG PROTEST TO THE
DISRESPECT OF COURT ISTEAD OF WIDROWING THE DOCUMENT
AND APOLOGISE TO THE COURT AGAIN AND AGAID SAME
ARBITRATION ARBITRATION NOTIN ABOUT FACT'S OF
THE AMOUNT OF 176$. NOW VERIZON WIRELESS HAD A
CHANCE OF ARBITRATION AT "SMALL CLAIMS COURT,, TO
RESOLVE THIS, THEY REFUSD TO COME TO COURT AND
SEND A RETURN CHEK FOR ALL CHARGES BY DOING THAT
THEY GAVE UP THEIR RIGHT IF THEY RETURN ALL THE
MONTHLY CHARGES THAN THEIR IS NO CONTRACT AND NO
"MORE,, ARBITRATION. AND NOW THEIR IS NO "DOCUMENT
FROM VERIZON WIRELESS,, IN COURT WITH "MY,, "SIGNATURE"
AS WRITEN ABOVE AND YOUR HONOR CAN LOOK AT THE DOCUMENT
KATES AND REED HAD SHAMED THE COURT OF UNITE STATE
OF AMERICA AND ITS ON RECORD THE "TWO DOCUMENT'S
SPEEK FOR ITSELF,, I REALY CAN NOT UNDERSTAND TO BRING
IN UNITED STATES OF AMERICA COURT THIS KIND OF
FRAUDELENT DOCUMENTS FOR EVRY BODY TO SEE,
IN PAGE 1 - 2 MR KATES AGAIN STATES THAT EVEN THE TWO
RECEIPT ARE NOT RELATED AND NOT EVEN SAME PLACE

I AM OWND BY VERIZON WIRELESS FOR EVER NOT EVEN
MAKING ANEY INDICATION ABOUT WHAT I WROTE ON SEP 27
2019. AND AGAIN ARBITRATION NOTING ABOUT FACT OF FOUR
HARASING LETTERS AND SO MANEY PHONE CALLS AND MY
RISING BLOOD PRESHER MY HELTH MY TIME AND MONEY
MY CREDIT RECORD ONLY ARBITRATION "AND WHAT,,
IF WE GO ARBITRATION / THIS IS ONLY FOR KATES TO
AGAIN AND AGAIN WRITE PAPER SO HE CAN COLOCT FROM
HIS CLIENT NOT ADVISING PROPORLY THEIR CLIENT
CORECTLY. AT CONFERENCE SEPTEMBER 10 2019 IT WAS
NOT ONLY DISCOUSD THE DOCUMENT JUDE ASKD IF HE HAVE
CASES THAT I AM NOT ENTITELD TO GET ALL RECORD THAT
PROOF THAAT VERSON WIRELESS REPRESENTITIVE ON PHONE
RELOASED PLANTIFF YEHUDA HERSKOVIC KATES DID NOT BRING
THEN AND NOT NOW ANEY PROOF OR STATMENT TO CONTRERY
THE STETMENT OF YEHUDA HERKOVIC HE ONLY RESPONDED
AT "END VERIZON WIRELLES DENIES ALL,, "NO COURT,,
"NO JUDGE,, "NO MR HERKOVIC,, NO UNITED STATES OF
AMERICA" AND THE JUDGE RIGHTFULY GO ANOIDE AND
RESPONDED TO THAT BUT NOT MRKATES 5 PAGES
OF TURNS AN TWIST ARBITRATION. ON PAGE 3-4 HE
BOLVED THE SENTENCE OF MY UNDERSTANDING "BUTH WERE
IS MY SIGNATURE,, AND WATS THE PURPES OF ARBITRATION
THAT YOU HAVE REFUSED AT SMALL CLAIM, AN
NO MENTION FROM MY ARGUMENT TO THE COURT
"LETS,, SAY IT IS MY SIGNATURE BY SIGNING THE
AGREMENT THEY GOT MY CONCENT THAT THEY

CAN HARASS ME ALL MY LIFE FOR THE NEXT HOW MANEY YEARS AN ANY THING THEY DO IS ARBITRATION IN PAGE 4 KATES WRITE "MOREOVER, THER IS NO DISPUTE THAT PLANTIFF IS BOUND BY THE ARBITRATION PROVISION" HOW CAN HE WRITE SUCH STATMENT WHEN I DISPUTED IT ALL ALONG, BUT THEIR IS NO DISPUTE THAT MR KATE HAD DISRESPECTED THE COURT AND THEIR IS NO DISPUTE THAT BOTH DOCUMET ARE OR FALSLEY SIGND OR ATT BEST MISLEDING THUS THE MOTION TO COMPEL AND STAY SHOOLD STRONGLY DENIED AND ORDERD TO 1) REMOVE DAMAGING REPORT 2) TO PROVIDE DOCUMENTS AND ALL OF THEM AN THE ORIGINAL SOFT PAPER TO COURT OF CONTRACT 3) ALL TELEPHONE CONVERSATIONS RELATED TO THIS ALTION 4) IF MR KATE IS WRITING A LAW CASE HE SHOOLD PROVIDE PLATIFF A COPY TO BE ABLE TO SEE THE WHOLE ROOLING NOT JUST FISING WORDS 5) TO REALY SIT DOWN AN RESOLVE THIS CASE A JUDGE HAVE ASKD TO NOT JUST ON WAY TO ELEVATER MUMBLING WHAT IS YOUR OFFER TO REALY NEGOSIATE AND 6) THE COURT SHOOLD ROOLE ABOUT THE DISRESPECT AND THE LEGEBALE DOCUMENT THAT WAS PROVIDED BY MR KATES AND REED FOR VERISON WIRELESS AND I RESPECTFULY BOUW TO YOU HONOR

(5)

AFFTER ALL THE WORK I HAVE PUT IN ITS NOW THE
TIME 2³⁰ PM

TO ANDREW P KATES, ESQ. (AK 4164)
SEGAL, MCCAMBRIDGE, SINGER          YEHUDA HERSKOVIC
& MAHONEY, LTD
ATTORNEYS FOR DEFENDANT             303 MARCY AVE
CELLCO PARTNERSHIP                  BROOKLYN N.Y. 11211
D/B/A VERIZO WIRELESS        MAIL  225 ROSS STR
850 THIRD AVENUE, SUITE 1100        BROOKLYN N.Y. 11211
NEW YORK, NEW YORK 10022
   (212 651 7500)