ORIGINAL

RECEIVED
OCT 0 4 2019
PRO SE OFFICE

①

CASE #: 1:19-CV-03372-AMD-RML       OCT 3 2019

DEAR HONORABLE JUDGE ROBERT M. LEVY

OCT 3 I RECEIVE AGAIN A EMAIL FROM MR KATES THAT HE WROTE TO THE COURT THAT EXHIBIT 1 CONTAIND AN INCORRECT DOCUMENT. AN ENCLOSED A CORRECTED EXHIBIT 1 AN THAT IS THE FILING OF CASE IN SUPREME COURT OF THE STATE OF NEW YORK INDEX NO. 1251-19 DATED 03/26/2019  1) SUMMONS  2) VERIFIED COMPLAINT 5 PAGES  3) VERIFICATION IN PREVIES EXHIBIT 1 HE HAVE 52 PAGES  1) VERIZON WIRELESS CONTRACT 3 PAGES FOR TEL # 718 675 6897 " NO NAME,, " NO ADDRES,, "STRANGE,, "STUNING,, COPY OF A CUSTOMER AGREEMENT 9 PAGES THAN 40 PAGES OF MY FILING THE CASE IN SUPREME COURT OF THE STATE OF NEW YORK AN THE LIST OF DOCUMENTS IS

1) RJI INDEX 1251/19 4 PAGES
2) HAND NOTE 1 PAGE
3) THE LAST PAGE OF (?) NOTING THAT IT WAS PRIEVIES CASE
4) POOR PERSON ORDER
5) AFFIDAVID IN SUPORT
6) SUMMUNS  2 PAGES
7) VERIFIED COMPLAIN 5 PAGES (SAME AS IN CORECTION)
8) VERIFICTION
9) COPY OF ID
10) NOTICE OF MOTION 2 PAGES
11) AFFIDAVID IN SUPORT 2 PAGES
12) COLECTION LETER FROM DYNAMIC MARCH 1 2019

13) COPY OF REFUND
14) COLLECTION LETER FROM JEFERSON DATED MARCH 15 2019
15) COLLECTION LETER FROM DIVERSEFIED DATED DEC 8 2018
16) EXPERIAN 4 PAGES
17) TRANS UNION 2 PAGES
18) LETTERS FROM BARCLY'S BANK 4 PAGES
19) ~~EXPIRAN~~ EXPIRAN 3 PAGES
20) LEBEL OF MALING TO VERIZON WIRELESS

SO IN CORECTION NOTING NOW NOTING ABOUT FRAUDELENT SIGNATURE NOTHING ABOUT NAME NOTHING ABOUT TELEPHONE NUMBER. AND WAT'S THE PURPES OF THIS 52 PAGES WHAT DOS IT PROOF EXEPT SLAPY JOB AN WRONG INFO ALL ALONG NO REAL COPY OF CONTRACT AS I HAVE EXPLANED YERSTEDAY VERIZON WIRELES HAVE MISLED ME AND THE COURT WITH ITS WRONG DOCUMENTS IT TIME FOR REAL CONSECQUENSES

1) TO DENY THEIR MOTION'S IN ALL ASPELS NOT TO EXEPT ANY MORE MOTION'S ABOUT ARBITRATION

2) TO ORDER VERIZON WIRELESS TO CORECT THE INFO ON ALL CREDIT REPORTERS IN A SHORT TIME FRAME

3) VERIZON WIRELESS SHOULD PAY TO PLANTIFF FOR THEIR ACTION'S FIRST THREE LETTER'S 30,000 $ AND 20,000 FOR FOURTH LETTER AND FOR TIME AN LOST AS COURT SEE JUST. AND ALSO IF WE CAN COME BACK TO COURT BEFORE THE DATE OF OCT 29 2019 THE DATE INDICATED BEFORE OCT 7 OR 8 OR 10 OR 11 OR 17 OR 18 OR 23 IT DOS NOT GO ONE DAY THAT I DONT THINK OF THIS CASE AND I AM STRESSFULL TO END IT ONES AND FOR ALL

③

RESPECTFULY YOURS                                   YEHUDA HERSKOVIC
                                                    225 ROSS STR
                                                    BROOKLYN N.Y 11211
                                                    YHM1234@YAHOO.COM
                                                    347 731 8818

SEND TO
ANDREW P. KATES
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD
850 THIRD AVENUE SUITE 1100
NEW YORK, NY 10022
TEL 212 651 7500
FAX 212 651 7499