

Andrew P. Kates
Direct (212) 651.7461
akates@smsm.com

November 1, 2019

**VIA ECF**

Honorable Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**   *Herskovic v. Verizon Wireless*
              Case No.:  1:19-CV-03372

Dear Judge Levy:

    We represent defendant Cellco Partnership d/b/a Verizon Wireless (*incorrectly sued as* "Verizon Wireless") (hereinafter "Verizon") in the above-referenced matter.

    We write to update the Court with respect to the October 29, 2019 conference and resulting directive.  At present, we are involved in good faith, meaningful settlement discussions.  As such, Verizon respectfully requests that the Court hold consideration of its Motion to Compel Binding Arbitration until Thursday, November 7, 2019.  At that time, we hope the parties' efforts toward a resolution come to fruition.  We will, of course, report back to the Court as to the status of the matter.

    We very much appreciate Your Honor's time and consideration in this matter.

                                    Very truly yours,

                                    SEGAL McCAMBRIDGE
                                  SINGER & MAHONEY, LTD.

                                  *Andrew P. Kates*
                                  Andrew P. Kates

CC:    Yehuda Herskovic (*via Electronic Mail*)
           *Pro se Plaintiff*
           225 Ross Street
           Brooklyn, NY  11211
           yhm1234@yahoo.com