

Andrew P. Kates
Direct (212) 651.7461
akates@smsm.com

November 7, 2019

<u>*VIA ECF*</u>

Honorable Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:** *Herskovic v. Verizon Wireless*
           Case No.: 1:19-CV-03372

Dear Judge Levy:

      We represent defendant Cellco Partnership d/b/a Verizon Wireless (*incorrectly sued as* "Verizon Wireless") (hereinafter "Verizon") in the above-referenced matter.

      We write respectfully to update the Court regarding the status of the above-referenced matter. Despite diligent efforts, the parties were unable to reach a settlement. Accordingly, Verizon, has no choice but to ask that the Court consider its Motion to Compel Binding Arbitration, as previously filed.

      We very much appreciate Your Honor's time and consideration in this matter.

      Very truly yours,

      SEGAL McCAMBRIDGE
      SINGER & MAHONEY, LTD.

      *Andrew P. Kates*
      Andrew P. Kates

CC:   Yehuda Herskovic (*via Electronic Mail*)
      *Pro se Plaintiff*
      225 Ross Street
      Brooklyn, NY 11211
      yhm1234@yahoo.com