RP 2/5 I.H

**ORIGINAL**

1

Case no.: 1:19-cv-03372-AMD-RML       Date FEB 04 2020

Honorable judge Ann M Donnelly

Honorable judge Robert M. Levy

I Yehuda Herskovic I am the plaintiff in this action. I respectfully request that the court extend my time to file objections to the magistrate's report dated Jan 23 2020. The date for such objections should be March 5 2020. The need for more time arises from personal scheduling conflicts.

Respectfully yours

Yehuda Herskovic

Send to Andrew Kates as attorney

For Verizon Wireless

SEGAL Mc CAMBRIDGE

SINGER & MAHONEY, LTD.

850 Third Ave. suite 100



RECEIVED
FEB 04 2020
PRO SE OFFICE