UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>        *Plaintiff,*<br><br> -against-<br><br>VERIZON WIRELESS,<br><br>        *Defendant.* | Case No.: 1:2019-cv-03372<br><br>**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS' STATUS REPORT RE ARBITRATION**<br><br>Case Removed: June 6, 2019<br>Compelled to Arb.: March 6, 2020 |

## DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS' STATUS REPORT RE: ARBITRATION

On March 6, 2020, this Court granted the Motion to Compel Arbitration (Doc. 13—Motion) brought by Defendant Cellco Partnership d/b/a Verizon Wireless, erroneously sued as "Verizon Wireless" ("Defendant") and stayed this action (Doc. 29—Order). In the same Order, the Court requested a status report on the arbitration by July 24, 2020. As of the date of this filing, Plaintiff Yehuda Herskovic ("Plaintiff") has not yet initiated an arbitration. Counsel for Defendant was able to reach Plaintiff via telephone this morning, and he indicated that he plans to initiate arbitration in the coming weeks.

Dated: New York, New York
   July 24, 2020

                  Respectfully submitted,

                  *Andrew P. Kates*
                  _____
                  Andrew P. Kates, Esq. (AK4164)
                  Howard A. Fried, Esq. (HF2114)
                  Segal, McCambridge, Singer & Mahoney, Ltd.
                  *Attorneys for Defendant*
                  **Cellco Partnership d/b/a Verizon Wireless,**
                  ***incorrectly sued as* "Verizon Wireless"**
                  850 Third Avenue, Suite 1100
                  New York, New York 10022
                  (212) 651-7500

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
303 Marcy Ave.
Brooklyn, NY 11211