UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>                              *Plaintiff,*<br><br>         -against-<br><br>VERIZON WIRELESS.<br><br>                              *Defendant.* | Case No.: 1:2019-cv-03372<br><br>**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS' STATUS UPDATE RE ARBITRATION**<br><br>Case Removed: June 6, 2019<br>Compelled to Arb.: March 6, 2020 |

On March 6, 2020, this Court granted the Motion to Compel Arbitration (Doc. 13—Motion) brought by Defendant Cellco Partnership d/b/a Verizon Wireless, erroneously sued as "Verizon Wireless" ("Defendant") and stayed this action (Doc. 29—Order).

As of the date of this filing, Plaintiff Yehuda Herskovic ("Plaintiff") has not yet initiated an arbitration. In June, 2020, Plaintiff indicated to Counsel for Defendant that he planned to initiate arbitration; however, as of the date of this filing, Plaintiff has not yet done so.

Dated: New York, New York
       September 21, 2020

                              Respectfully submitted,

                              *Dean L. Pillarella*
                              _____
                              Dean L. Pillarella, Esq. (5707724)
                              McGIVNEY, KLUGER, CLARK &
                              INTOCCIA, P.C.
                              *Attorneys for Defendant*
                              **CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,** *INCORRECTLY SUED AS* **"VERIZON WIRELESS"**
                              80 Broad Street, 23rd Floor
                              New York, NY 10004
                              212.509.3456
                              dpillarella@mkcilaw.us.com

{N0980996-1}

To:    Yehuda Herskovic
*Plaintiff Pro Se*
303 Marcy Ave.
Brooklyn, NY 11211