UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC, *Plaintiff*, -against- VERIZON WIRELESS, *Defendant.* | Case No.: 1:2019-CV-03372 **CHANGE OF ATTORNEY STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED** whereby the law firm of **McGivney, Kluger, Clark & Intoccia, P.C.,** located at 80 Broad Street, 23rd floor New York, NY 10004 shall be substituted in place and instead of the law firm of Segal McCambridge Singer & Mahoney, Ltd., located at 850 Third Avenue, Suite 1100, New York, NY 10022, as attorneys of record for the defendant, **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS** in the above titled action, as of the date hereof.

This consent may be executed in counterparts with copied signatures deemed as originals.

Dated: New York, New York
August 21, 2020

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
*Outgoing Counsel for Defendant*
**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**.
850 Third Avenue, Suite 1100,
New York, NY 10022
(212) 651-7500

Howard A. Fried, Esq.
MCGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.
*Incoming Counsel for Defendant*
**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**
80 Broad Street - 23rd Floor
New York, New York 10004
(212) 509-3456

**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**

By: Tiffany Greaves-McKenzie

{N0977374-1}