

Case No.: 1-19-cv-03372-AMD-RML

Date April 4, 2020
Hon. Ann M. Donnelly
United States District Court
Eastern District of New York



Dear Judge Donnelly,

*Rec. in p drive 4/6/21 rg

I Yehuda Herskovic am the plaintiff in this action and provide a response to the status update filed by Defendant. (ECF 42).

In compliance with the Court's order ECF 39, on March 15, 2021, I filed under dispute a "demand for arbitration" with the Better Business Bureau. See ECF 41.

Defendant was served with a copy of the demand. Given that Defendant is represented by counsel, the demand was served upon counsel, instead of directly serving the Defendant.

Defendant does not state any reason as to why the disputed "Demand for Arbitration" is not complying with the Court's order.

Respectfully submitted,

Yehuda Herskovic, yhm1234@yahoo.com, 347 731 8818

Page 1