UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>                               *Plaintiff*,<br><br>       -against-<br><br>VERIZON WIRELESS,<br><br>                               *Defendant*. | Case No.: 1:2019-cv-03372<br><br>**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S SUPPLEMENTAL STATUS REPORT RE ARBITRATION**<br><br>Case Removed: June 6, 2019<br><br>Compelled to Arb.: March 6, 2020 |

## SUPPLEMENTAL STATUS REPORT RE ARBITRATION

The parties have met and conferred regarding arbitration before the Better Business Bureau ("BBB"), and Plaintiff Yehuda Herskovic ("Plaintiff") has stated that he is currently in the process of attempting to initiate the arbitration; however, Plaintiff does not consent to the filing of this report as a "joint" report. Plaintiff had apparently intended for the letter he sent to the BBB dated March 15, 2021 to be an attempt to initiate arbitration under protest. Plaintiff reiterated that he does not believe that his claims are subject to arbitration, but states that he will arbitrate his claims in order to comply with the Court's order.

Defendant Cellco Partnership d/b/a Verizon Wireless, incorrectly sued as "Verizon Wireless" ("Defendant") has not yet received any notice from the BBB that an arbitration has been commenced pursuant to Plaintiff's March 15, 2021 letter (received on March 22), hence the recitals within the Status Report submitted on March 31, 2021. During the meet and confer, Plaintiff informed counsel the he had also filed a "Complaint" against Defendant before the BBB on or about March 26, 2021, a copy of which Complaint was first received by Defendant on April 7, 2021, directly from Plaintiff. Upon these clarifications, Defendant respectfully requests that the Court set a deadline for a further status update regarding the arbitration and the

entitlement, if applicable, by Defendant to file an Order to Show Cause for dismissal, 90 days from the date of this status update.

We thank the Court for its time and consideration, and stand prepared to provide any further information required.

Dated: New York, New York
April 8, 2021

>Respectfully submitted,
>
>*Howard A. Fried*
>―――――――――――――――――
>Howard A. Fried (HF2114)
>McGIVNEY, KLUGER, CLARK &
>INTOCCIA, P.C.
>*Attorneys for Defendant*
>**Cellco Partnership d/b/a Verizon Wireless,** *incorrectly sued as* **"Verizon Wireless"**
>80 Broad Street, 23rd Floor
>New York, NY 10004
>(212) 509-4420
>hfried@mkcilaw.us.com

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
225 Ross St.
Brooklyn, NY 11211