# DISPUTE RESOLUTION PROGRAM FOR VERIZON WIRELESS CUSTOMERS
## Arbitration Request Form



## Consumer Information

**NAME** (last, first, middle)

STREET ADDRESS

CITY

STATE

ZIP

MOBILE PHONE

BEST NUMBER (IF DIFFERENT FROM MOBILE)

IF CELL PHONE SERVICE WAS OBTAINED AT ANOTHER ADDRESS PLEASE PROVIDE THAT ADDRESS BELOW:

STREET ADDRESS

CITY

STATE

ZIP

CHECK THE SUBJECT(S)/ISSUES THAT BEST DESCRIBE YOUR COMPLAINT:
- ☐ Device/Product Performance
- ☐ Network Performance
- ☐ Billing
- ☐ Payments/Collections
- ☐ Fraud
- ☐ Verizon Wireless Marketing/Advertising
- ☐ Other – The subject of my complaint is not listed above. Please describe below

LIST ALL TELEPHONE NUMBERS (WITH AREA CODES) AND VERIZON WIRELESS ACCOUNT NUMBERS THAT ARE THE SUBJECT OF YOUR DISPUTE

**DISPUTE RESOLUTION PROGRAM FOR VERIZON WIRELESS CUSTOMERS**
Arbitration Request Form

**BRIEFLY DESCRIBE THE DISPUTE YOU WOULD LIKE TO ARBITRATE**

**WHEN DID YOU FIRST NOTIFY VERIZON WIRELESS IN WRITING ABOUT YOUR DISPUTE?**

**WHAT REMEDY ARE YOU SEEKING?**

**WHAT IS THE TOTAL DOLLAR AMOUNT OF THE REMEDY YOU ARE SEEKING?**

By signing and submitting this form, I am requesting arbitration under the *BBB National Programs Rules of Binding Arbitration for Verizon Wireless Customers.*

**ACCOUNT OWNER SIGNATURE**          **DATE**

(form must be signed by Account Owner for the line(s) subject to the dispute)

## SUBMIT COMPLETED AND SIGNED FORM TO BBB NATIONAL PROGRAMS

Along with your completed form, please be sure to send all documents relevant to your dispute, including:

- ✔ Copies of any relevant bills
- ✔ Relevant correspondence with Verizon Wireless
- ✔ Contracts relating to your dispute
- ✔ Any other documentation that supports your position

### TO SUBMIT BY MAIL
**Print and sign completed form, then mail it to:**
BBB National Programs, Inc.
ATTN: Verizon Wireless Dispute Resolution Program
3033 Wilson Boulevard, Suite 600
Arlington, VA 22201

### TO SUBMIT BY EMAIL
**Print and sign completed form, scan signed form and save as a PDF, then email it to:**
verizondr@bbbnp.org

### TO SUBMIT BY FAX
**Print and sign completed form, then fax it to:**
703-247-9700

