UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>                              *Plaintiff*,<br><br>      -against-<br><br>VERIZON WIRELESS,<br><br>                              *Defendant*. | Case No.: 1:19-cv-03372<br><br>**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S FURTHER – EXIGENT STATUS UPDATE RE AVAILABILITY OF BBB REPRESENTATIVE**<br><br>Case Removed: June 6, 2019<br>Compelled to Arb.: March 6, 2020 |

      Defendant CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, incorrectly sued as "Verizon Wireless" ("Defendant") submits this update to the Court regarding the availability of a representative from the BBB to attend the hearing scheduled for June 29, 2021 at 12:30 p.m. As noted in the Declaration of Abby Adams (Doc. No. 51), the BBB National Programs had been attempting to arrange for a representative to be available via telephone for the hearing. However, counsel for Defendant has just been informed that the intended representative, Juan Herrera, has a conflict with the hearing and will be unavailable. Mr. Herrera has offered to make himself available to speak with the Court at another date or time, and the call can be scheduled through Defendant's counsel.

Dated:  New York, New York
          June 28, 2021

                                                  Respectfully submitted,

                                                  *Howard A. Fried*
                                                  Howard A. Fried (HF2114)
                                                  McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.
                                                  *Attorneys for Defendant*
                                                  **Cellco Partnership d/b/a Verizon Wireless,**
                                                  *incorrectly sued as* **"Verizon Wireless"**
                                                  80 Broad Street, 23rd Floor
                                                  New York, NY 10004
                                                  (212) 509-3456
                                                  hfried@mkcilaw.us.com

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
225 Ross St.
Brooklyn, NY 11211