UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YEHUDA HERSKOVIC,

*Plaintiff,*

-against-

VERIZON WIRELESS,

*Defendant.*

Case No.: 1:19-cv-03372

**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S FURTHER STATUS UPDATE RE AVAILABILITY OF BBB REPRESENTATIVE**

Case Removed: June 6, 2019
Compelled to Arb.: March 6, 2020

Defendant Cellco Partnership d/b/a Verizon Wireless, *incorrectly sued as* "Verizon Wireless" ("Defendant") submits this status update in response to the Court's Scheduling Order, dated June 28, 2021. The BBB National Program representatives are available via telephone to attend a conference with the Court on the following days and times:

Friday, July 16, 2021 between 10AM-12PM EST

Monday, July 19, 2021 between 10AM-12PM EST

We are standing by and await the Court's directives regarding whether one of above dates are acceptable, or if alternatives need to be requested.

Dated: New York, New York
June 30, 2021

Respectfully submitted,

*Howard A. Fried*
Howard A. Fried (HF2114)
McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.
Attorneys for Defendant
**Cellco Partnership d/b/a Verizon Wireless, *incorrectly sued as* "Verizon Wireless"**
80 Broad Street, 23rd Floor
New York, NY 10004
hfried@mkcilaw.us.com

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
225 Ross St.
Brooklyn, NY  11211