UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC, <br><br> *Plaintiff,* <br><br> -against- <br><br> VERIZON WIRELESS, <br><br> *Defendant.* | Case No.: 1:19-cv-03372 <br><br> **DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S STATUS UPDATE RE INSTRUCTIONS FOR INITIATING ARBITRATION BEFORE THE AAA** <br><br> Case Removed: June 6, 2019 <br> Compelled to Arb.: March 6, 2020 |

Defendant Cellco Partnership d/b/a Verizon Wireless, *incorrectly sued as* "Verizon Wireless" ("Defendant") submits this status update in response to the Court's Minute Order, dated July 13, 2021, in which the Court directed the Defendant to provide Plaintiff Yehuda Herskovic ("Plaintiff") with step-by-step instructions for initiating arbitration before the American Arbitration Association ("AAA") pursuant to the parties' arbitration agreement.

The following instructions are those provided by the AAA Consumer Rules, which govern the parties' arbitration and are available at

https://www.adr.org/sites/default/files/Consumer%20Rules.pdf:

Arbitration filed under an arbitration agreement naming the AAA shall be started in the following manner:

(1) The party who starts the arbitration (referred to as the "claimant" throughout the arbitration) must contact, in writing, the party that the case is filed against (referred to as the "respondent" throughout the arbitration) that it wishes to arbitrate a dispute. This written contact is referred to as the Demand for Arbitration ("Demand"). The Demand must do the following:

- Briefly explain the dispute;

- List the names and addresses of the consumer and the business, and, if known, the names of any representatives of the consumer and the business (Plaintiff should include Defendant's counsel of record in this action);
- Specify the amount of money in dispute, if applicable;
- Identify the requested location for the hearing if an in-person hearing is requested;
- State what the claimant wants;

(2) If the arbitration is pursuant to a court order, the claimant must send one copy of the Demand to the AAA at the same time the Demand is sent to the respondent's counsel of record in this action. When sending a demand to the AAA, the claimant must also send the following:

- A copy of the court order
- A copy of the arbitration agreement contained in the contract
- The proper filing fee (the AAA filing fee is currently $200.00 for consumer arbitrations)

(3) The claimant may file the Demand by mail. The mailing address of the AAA's Case Filing Services is: **American Arbitration Association Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043.**

Or, the claimant may file online using AAA WebFile: https://www.adr.org.

Or, the claimant may file at any of the AAA's offices.

The AAA will send a written notice letting the consumer and the business know the Demand for Arbitration has been received.

Dated: New York, New York
July 19, 2021

Respectfully submitted,

*Howard A. Fried*
Howard A. Fried (HF2114)
McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.
*Attorneys for Defendant*
**Cellco Partnership d/b/a Verizon Wireless,**

*incorrectly sued as* "Verizon Wireless"
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456
hfried@mkcilaw.us.com

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
225 Ross St.
Brooklyn, NY 11211