UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>                          *Plaintiff*,<br><br>  -against-<br><br>VERIZON WIRELESS,<br><br>                         *Defendant*. | Case No.: 1:19-cv-03372<br><br>**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S STATUS UPDATE RE AAA ARBITRATION**<br><br>Case Removed: June 6, 2019<br>Compelled to Arb.: March 6, 2020 |

      Defendant Cellco Partnership d/b/a Verizon Wireless, *incorrectly sued as* "Verizon Wireless" ("Defendant") submits this status update in response to Plaintiff Yehuda Herskovic's "letter" to the Court dated July 27, 2021.

      The portion of the Verizon Wireless arbitration agreement that Plaintiff quotes in his letter applies in situations where the customer has attempted to resolve an issue with Defendant *informally* through Defendant's internal mediation process, not where, as here, the customer has attempted to litigate the dispute and avoid arbitration. However, in an effort to facilitate arbitration, Defendant will pay the $200.00 American Arbitration Association ("AAA") initiation fee after Plaintiff submits the dispute to the AAA. Plaintiff has not yet done so, and Defendant believes that Plaintiff has filed this "letter" in a further attempt to avoid arbitration.

Dated:  New York, New York
         August 11, 2021

                                              Respectfully submitted,

                                              *Howard A. Fried*
                                              Howard A. Fried (HF2114)
                                              McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.
                                              *Attorneys for Defendant*
                                              **Cellco Partnership d/b/a Verizon Wireless, *incorrectly sued as* "Verizon Wireless"**
                                              80 Broad Street, 23rd Floor
                                              New York, NY 10004
                                              (212) 509 3456

TO – *via ECF*

Yehuda Herskovic
*Plaintiff Pro Se*
225 Ross St.
Brooklyn, NY  11211