UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>       *Plaintiff,*<br><br>  -against-<br><br>VERIZON WIRELESS,<br><br>       *Defendant.* | Case No.: 1:19-cv-03372<br><br>**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S STATUS UPDATE RE AAA ARBITRATION**<br><br>Compelled to Arb.: March 6, 2020 |

### STATUS UPDATE RE AAA ARBITRATION

The parties are currently engaged in arbitration before the American Arbitration Association ("AAA"), as *Yehuda Herskovic v. Verizon Wireless*, AAA Case Number: 01-21-0016-5580 (the "Arbitration"). The parties have both indicated their readiness to proceed and are awaiting the appointment of an arbitrator.

On November 29, 2021, Plaintiff Yehuda Herskovic ("Plaintiff") purported to file an "Amended Complaint" in the Arbitration, which was captioned as a pleading in this action, rather than as an amended arbitration demand. To the extent Plaintiff seeks to file his "Amended Complaint" in this action, it should be stricken, since this action has been stayed pending the conclusion of the Arbitration, and neither consent nor leave of court was sought before such filing.

Dated: New York, New York
   December 6, 2021

                   Respectfully submitted,

                   *Howard A. Fried, Esq.*
                   Howard A. Fried (HF2114)
                   McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.
                   *Attorneys for Defendant*
                   **CELLCO PARTNERSHIP d/b/a Verizon Wireless,** *incorrectly sued as* **"Verizon Wireless"**

                                                80 Broad Street, 23rd Floor
                                                New York, NY 10004
                                                (212) 599-3456
                                                hfried@mkcilaw.us.com

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
225 Ross St.
Brooklyn, NY  11211