UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>        *Plaintiff,*<br><br>  -against-<br><br>VERIZON WIRELESS,<br><br>        *Defendant.* | Case No.: 1:19-cv-03372<br><br>**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S STATUS UPDATE RE AAA ARBITRATION**<br><br>Compelled to Arb.: March 6, 2020 |

## STATUS UPDATE RE AAA ARBITRATION

  The parties attended their initial conference before the arbitrator in *Yehuda Herskovic v. Verizon Wireless*, American Arbitration Association ("AAA") Case Number: 01-21-0016-5580 (the "Arbitration"). Plaintiff Yehuda Herskovic ("Plaintiff") has challenged the arbitrability of this dispute, and the parties are briefing the issue, which should be resolved by the arbitrator sometime after March 11, 2022.

Dated: New York, New York
    February 8, 2022

                Respectfully submitted,

                _____
                Howard A. Fried (HF2114)
                McGIVNEY, KLUGER, CLARK &
                INTOCCIA, P.C.
                *Attorneys for Defendant*
                **Cellco Partnership d/b/a**
                **Verizon Wireless,** *incorrectly sued as*
                **"Verizon Wireless"**
                80 Broad Street, 23rd Floor
                New York, NY 10004
                hfried@mkcilaw.us.com

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
225 Ross St.
Brooklyn, NY 11211