UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YEHUDA HERSKOVIC,

               Plaintiff.               Case No. 1:19-cv-03372

      -against-              **LOCAL CIVIL RULE 1.4**
                                                      **WITHDRAWAL APPLICATION**
VERIZON WIRELESS,

               Defendant.
-----------------------------------------------------------X

      **DEAN L. PILLARELLA**, an attorney duly admitted and licensed to practice law before the courts of the State of New York and United States District Court for the Eastern District of New York, affirms the following under penalty of perjury:

      1.     Pursuant to Local Civil Rule 1.4, I respectfully request leave to be relieved as counsel of record for Defendant VERIZON WIRELESS ("Verizon") and all related entities in the instant action.

      2.     The reason this request is made is because I am no longer employed by or associated with MCGIVNEY, KLUGER, CLARK & INTOCCIA, P.C. ("MKCI"), current counsel of record for Verizon and all related entities, and have obtained employment elsewhere.

      3.     To my knowledge, pursuant to Howard A. Fried, Esq.'s February 08, 2022, status update, the action is currently stayed pending arbitration. *See* doc. no. 65.

      4.     To my knowledge, Mr. Fried, a partner at MKCI, remains counsel of record for Verizon and related entities.

      5.     I assert no retaining or charging lien.

                                                                                     *{Proceed to next page.}*

**WHEREFORE**, the undersigned respectfully requests an order (a) pursuant to Local Civil Rule 1.4, withdrawing the undersigned as counsel of record for Verizon and all related entities in the underlying action, along with (b) such other and further relief as the Court believes is just, proper, or equitable under the circumstances.

Respectfully yours,

*Dean L. Pillarella*
Dean L. Pillarella, Esq.

*Via ECF/Pacer to all parties.*