UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>                         *Plaintiff,*<br><br>      -against-<br><br>VERIZON WIRELESS,<br><br>                        *Defendant.* | Case No.: 1:19-cv-03372<br><br>**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S STATUS UPDATE RE AAA ARBITRATION**<br><br>Case Removed: June 6, 2019<br>Compelled to Arb.: March 6, 2020 |

### STATUS UPDATE RE AAA ARBITRATION

      Since the prior status update, the Arbitrator in *Yehuda Herskovic v. Verizon Wireless* (American Arbitration Association Case Number: 01-21-0016-5580) denied Plaintiff Yehuda Herskovic's challenge to the arbitrability of the dispute, and set the case for a telephonic evidentiary hearing on June 2, 2022. The Arbitrator subsequently requested that the Parties postpone the hearing to the week of June 6, 2022, and the Parties are awaiting final confirmation of a date certain from the Arbitrator.

Dated: New York, New York
       April 19, 2022

                                              Respectfully submitted,

                                              _____
                                              Howard A. Fried (HF2114)
                                              McGIVNEY, KLUGER, CLARK
                                              & INTOCCIA, P.C.
                                              *Attorneys for Defendant*
                                              **Cellco Partnership d/b/a**
                                              **Verizon Wireless,** *incorrectly sued as*
                                              **"Verizon Wireless"**
                                              80 Broad Street, 23rd Floor
                                              New York, NY 10004
                                              (212) 509-3456
                                              hfried@mkcilaw.us.com

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
225 Ross St.
Brooklyn, NY  11211