UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>      *Plaintiff,*<br><br> -against-<br><br>VERIZON WIRELESS,<br><br>      *Defendant.* | Case No.: 1:19-cv-03372<br><br>**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S STATUS UPDATE RE AAA ARBITRATION**<br><br>Case Removed: June 6, 2019<br>Compelled to Arb.: March 6, 2020 |

**STATUS UPDATE RE AAA ARBITRATION**

On June 9, 2022, the parties participated in a telephonic evidentiary hearing before Arbitrator Michael D. Blechman, Esq. in *Yehuda Herskovic v. Verizon Wireless* (American Arbitration Association Case Number: 01-21-0016-5580). On June 23, 2022, the parties submitted their closing briefs, and the Arbitrator declared the matter completed as of June 24, 2022. The Arbitrator will issue a written ruling on or before July 25, 2022.

Dated: New York, New York
    June 27, 2022

                Respectfully submitted,

                _____
                Howard A. Fried (HF2114)
                McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.
                *Attorneys for Defendant*
                **Cellco Partnership d/b/a Verizon Wireless,** *incorrectly sued as* **"Verizon Wireless"**
                80 Broad Street, 23rd Floor
                New York, NY 10004
                hfried@mkcilaw.us.com

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
225 Ross St.
Brooklyn, NY 11211