**ORIGINAL**

Case No.: 1-19-cv-03372-AMD-RML

Date June 27, 2022
Hon. Hector Gonzalez
United States District Court
Eastern District of New York



*rec in p drive 6/29/22 rg

Dear Judge Gonzalez,

I Yehuda Herskovic am the plaintiff in this action and provide the following as a status update.

On June 9, 2022, the parties held an evidentiary hearing with the arbitrator. On June 23, 2022, the parties submitted post hearing briefs.

On June 27, 2022, the arbitrator notified the parties that by July 25, 2022 it will render its award.

From that point onwards, either party will bring to the Court the award and further statuses will be moot.

Respectfully submitted,

Yehuda Herskovic, yhm1234@yahoo.com, **347 731 8818**



P.O. Box 19609
Johnston, RI 02919

June 27, 2022

Yehuda Herskovic
225 Ross Street
Brooklyn, NY 11211
Via Email to: yhm1234@yahoo.com

Lisa Lawrence-Hughes, Esq.
Yu Mohandesi LLP
633 West Fifth Street
Suite 2800
Los Angeles, CA 90071
Via Email to: llawrence@yumollp.com

Case Number: 01-21-0016-5580

Yehuda Herskovic
-vs-
Verizon Wireless

Dear Parties:

This will confirm the hearing in the above-entitled matter was completed on **June 24, 2022**, and declared closed by the arbitrator on that date.

Therefore, the arbitrator shall have thirty (30) days from that date, or until **July 25, 2022**, to render the Award.

All communications shall be directed to the American Arbitration Association (AAA) now that the hearings have been declared closed. However, all communication shall still be copied to all case participants.

Sincerely,
/s/
Pro Se Administrator 1
Case Administrator
Email: ProSeAdministrator1@adr.org
Fax: (866)-644-0234

Supervisor Information: *Pro Se Manager 3, prosemanager3@adr.org*

bcc:   Michael D. Blechman, Esq.

cc:    Julie Stewart