UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA HERSKOVIC,<br><br>      *Plaintiff,*<br><br>-against-<br><br>VERIZON WIRELESS,<br><br>      *Defendant.* | Case No.: 1:19-cv-03372<br><br>**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S STATUS UPDATE RE AAA ARBITRATION**<br><br>Case Removed: June 6, 2019<br>Compelled to Arb.: March 6, 2020 |

## STATUS UPDATE RE AAA ARBITRATION

On June 9, 2022, the parties participated in a telephonic evidentiary hearing before Arbitrator Michael D. Blechman, Esq. in *Yehuda Herskovic v. Verizon Wireless* (American Arbitration Association Case Number: 01-21-0016-5580). On June 23, 2022, the parties submitted their closing briefs, and the Arbitrator declared the matter completed as of June 24, 2022.

On July 7, 2022, the Arbitrator transmitted to the parties his written Award. Defendant Cellco Partnership d/b/a Verizon Wireless intends to bring a petition to confirm the Award in this Court.

Dated: New York, New York
   July 27, 2022

                     Respectfully submitted,

                     _____
                     Howard A. Fried (HF2114)
                     McGIVNEY, KLUGER, CLARK &
                     INTOCCIA, P.C.
                     *Attorneys for Defendant*
                     **CELLCO PARTNERSHIP d/b/a**
                     **Verizon Wireless,** *incorrectly sued as*
                     **"Verizon Wireless"**
                     80 Broad Street, 23rd Floor
                     New York, NY 10004
                     hfried@mkcilaw.us.com

TO:

Yehuda Herskovic
*Plaintiff Pro Se*
225 Ross St.
Brooklyn, NY 11211